# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANDREW HANSON, ET AL.** )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**DISTRICT OF COLUMBIA**, **ET AL.** )<br>)<br>Defendants. )<br>) | Civil Action No. 22-cv-2256 RC |

## APPLICATION FOR PRELIMINARY INJUNCTION

Plaintiffs move this court to enter a preliminary injunction, enjoining Defendants from enforcing the provisions of DC Code Section 7-2506.01(b). Submitted concurrently herewith is a Memorandum of Points and Authorities in support of this application and a proposed order. Counsel for Defendants has been asked the Defendants' position on this application and has indicated that the Defendants do not consent to entry of the requested injunction.

Respectfully submitted

**ANDREW HANSON**
**TYLER YZAGUIRRE**
**NATHAN CHANEY**
**ERIC KLUN**

By: /s/ George L. Lyon, Jr.
George L. Lyon, Jr. (D.C. Bar No. 388678)
Arsenal Attorneys
4000 Legato Road, Suite 1100
Fairfax, VA 22033
202-669-0442, fax 202-483-9267
gll@arsenalattorneys.com

                                                Matthew J. Bergstrom (D.C. Bar. No. 989706)
                                                Arsenal Attorneys
                                                4000 Legato Road, Suite 1100
                                                Fairfax, VA 22033
                                                800-819-0608
                                                mjb@arsenalattorneys.com

                                                *Attorneys for Plaintiffs*

Dated:   August 19, 2022

## CERTIFICATE OF SERVICE

      I, George L. Lyon, Jr., a member of the bar of this court, certify that I served the foregoing document on all counsel of record for Defendants through the court's ECF system, this 19th day of August, 2022.

                                                                /s/ George L. Lyon, Jr., DC Bar 388678