### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANDREW HANSON, ET AL.** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 22-cv-2256 RC |
| | ) |
| **DISTRICT OF COLUMBIA, ET AL.** | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

### PLAINTIFFS' CONSENT MOTION TO SUPPLEMENT
### APPLICATION FOR PRELIMINARY INJUNCTION

Pursuant to Fed.R.Civ.P 15(a)(2) and 15(d) Plaintiffs move to supplement their pending preliminary injunction application to include the attached declaration under penalty of perjury of Tyler Yzaguirre.

The declaration is directly related to the question of Mr. Yzaguirre's standing in this proceeding and is provided now rather than n reply to avoid any possible prejudice to Defendants who are scheduled to answer the preliminary injunction request on November 23, 2022.

Defendants' counsel has been notified of the filing of this motion and has indicated Defendants' consent for grant thereof.

A memorandum of points and authorities is being filed concurrently herewith as well as a proposed order.

Respectfully submitted,

**ANDREW HANSON**

**TYLER YZAGUIRRE**

**NATHAN CHANEY**

**ERIC KLUN**

By:   /s/ George L. Lyon, Jr.
George L. Lyon, Jr. (D.C. Bar No. 388678)
Arsenal Attorneys
4000 Legato Road, Suite 1100
Fairfax, VA 22033
202-669-0442, fax 202-483-9267
gll@arsenalattorneys.com

Matthew J. Bergstrom (D.C. Bar. No. 989706)
Arsenal Attorneys
4000 Legato Road, Suite 1100
Fairfax, VA 22033
800-819-0608
mjb@arsenalattorneys.com

*Attorneys for Plaintiffs*

Dated:   October 31, 2022

## *CERTIFICATE OF SERVICE*

I, George L. Lyon, Jr., a member of the bar of this court, certify that I served the foregoing document on all counsel of record for Defendants via the Court's electronic filing system, this 31st day of October, 2022.

/s/ George L. Lyon, Jr., DC Bar 388678