## DECLARATION UNDER PENALTY OF PERJURY OF TYLER YZAGUIRRE

Tyler Yzaguirre, under penalty of perjury, deposes and states as follows:

1. My name is Tyler Yzaguirre. I am giving this declaration for submission to the U.S. District Court in the case of Hanson v. District of Columbia.

2. On October 18, 2022, at approximately 8:50 am, I arrived at the office of the Firearms Registration Unit of the Metropolitan Police Department MPD at for my 9am registration appointment to register a previously owned firearm, a Sig Sauer P365 for which I owned a 12-round magazine.

3. Upon arriving at the firearms registration unit, I signed in on a clipboard and waited until called. While waiting, I paid the $13 registration fee as required by MPD.

4. After being called in, I presented my application for firearms registration certificate on MPD form PD-219, which I filled in with black ink as required to register the Sig Sauer P365. The staff refuse to accept my registration application.

5. When I protested, they told me to go down the hallway to Sergeant Thomas's office at room 3077. When I arrived at Sergeant Thomas's office, a male officer approached me. I showed him the form and said the Sergeant had to look at it. She came out, and we had a discussion.

6. Ultimately she said she could not accept the form because I was attempting to register my P365 Sig Sauer with its 12-round magazine. Sergeant Thomas said, "It's illegal in the District to own a large capacity magazine." I responded, "Yes, I am aware. Could I please get a stamp of denial or something in writing." Sergeant Thomas responded, "Technically, I'm not even supposed to take that."

7. She said their refusing to take the application was my denial.

The above statement, given under penalty of perjury, is true and correct to the best of my knowledge and belief.

Dated: October 21, 2022

_____
Tyler Yzaguirre