# EXHIBIT C



Gun Digest® PRESENTS

# CONCEALED CARRY CLASS

## THE ABCs OF SELF-DEFENSE TOOLS AND TACTICS



TOM GIVENS

CONCEALED CARRY CLASS | 1

Copyright © 2019 Caribou Media Group, LLC

All rights reserved. No portion of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording, or any information storage and retrieval system, without permission in writing from the publisher, except by a reviewer who may quote brief passages in a critical article or review to be printed in a magazine or newspaper, or electronically transmitted on radio, television, or the Internet.



Gun Digest® Books, an imprint of Caribou Media Group, LLC
Gun Digest Media
5600 W. Grande Market Drive, Suite 100
Appleton, WI 54913
www.gundigest.com

To order books or other products call 920.471.4522 ext. 104
or visit us online at **www.gundigeststore.com**

CAUTION: Technical data presented here, particularly technical data on handloading and on firearms adjustment and alteration, inevitably reflects individual experience with particular equipment and components under specific circumstances the reader cannot duplicate exactly. Such data presentations therefore should be used for guidance only and with caution. Caribou Media accepts no responsibility for results obtained using these data.

ISBN-13: 978-1-946267-95-5

Cover Design by Gene Coo
Interior Design by Dave Hauser
Edited by Chuck Smock
Photos by Yamil Sued (unless otherwise noted)

Printed in the United States of America

10 9 8 7 6 5 4 3 2 1

# Introduction

Why another book on shooting? There are lots of books about guns and shooting, but darn few about fighting with the gun to save your life or that of a loved one. In this book I have tried to go beyond the basics of how a handgun works, and how to shoot it, and get into how to integrate that handgun into your overall personal security program. Skill with a handgun is needed, but that skill is useless without an understanding of the dynamics of fighting, and the commitment to take control of one's own fate.

Why consider my advice on the subject? That's a fair question, since bad advice on personal-defense matters could be very costly. I consider myself a lifelong serious student of defensive weaponcraft, and as a serious student, I continually strive to learn more about my field. I have found teaching a subject is the best way to truly learn it, and I have been teaching weaponcraft for some 44 years, full time for the past 23 years. I have been carrying a gun professionally in one form or another for 49 years at this writing. Before I became a full-time instructor, I spent 25 years in various aspects of law enforcement and specialized security work, including stints in street patrol and investigations, and I have arrested scores of armed and dangerous criminals. I have been involved in armed confrontations both as a police officer and as a private citizen, and I have seen firsthand that decent people, with proper training, can fight back and overcome criminal attacks.



I owned and operated my own firing range and training center for more than 18 years. During that time, I oversaw the firing of about 1.5 million handgun rounds each year, with all types of handguns. During those years I trained about 2,500 students each year, from private citizens to security personnel and police officers to military police, intelligence units and Special Forces detachments. I also teach on the road, all over the United States and in Europe. Over the years, scores of my military students have used the skills we teach successfully in combat, and at this writing we have had more than 65 private-citizen students involved in defensive gunplay in the United States. These are just the ones I know of, who have reported back to me or been reported to me through law-enforcement channels. Thus, we have a lot of feedback on, and validation of, our training techniques.

In addition, I have actively competed with a handgun for many years, allowing me to continually evaluate guns and related gear in simulated armed conflicts. I not only got to see how my gear worked, I got to observe hundreds of other competitors using their guns and accessories in at least somewhat realistic conditions and under a fair bit of stress. I shot on the rifle team in high school, and I shot in Police Pistol Combat early in my law enforcement career. Back in the day, I held a Class A rating in IPSC, when that was the highest rating available. I also won several state and regional championships in the 1970s and 1980s in that game. I was involved in helping set up the International Defensive Pistol Association (IDPA), with a member number A00008. I also spent two years on the board of directors during IDPA's early formative years. I hold a Master rating in three IDPA divisions: CDP, ESP and SSP. I



have won several state and regional championships in IDPA competitions. All of this gives me a pretty broad perspective on the competitive shooting side of the handgun world.

I also hunt with a handgun, having harvested a number of deer and wild hogs while using a service type handgun.

Over the years I have done a fair bit of work as an expert witness in court cases involving firearms and firearms training. I've been accepted as an expert witness in federal courts in Alaska, Kansas, Tennessee and Illinois. I have been accepted as an expert by state courts in Illinois, Alaska, Ohio, Mississippi and Tennessee. My personal reference library contains more than 300 books on firearms and firearms training. This is my fifth published textbook on the subject, and I've written more than 100 magazine articles in SWAT Magazine, Combat Handguns, Handguns, American Handgunner, Soldier of Fortune and other publications.

It has been said that a book like this is 95-percent plagiarism and 5-percent opinion (I stole that line from fellow trainer John Mattera). Very few of us invent anything new in this business. What we do is observe each other's techniques, listen to each other's explanations, take each other's training, and attempt to adopt what works and discard the rest. In this I have been most fortunate, as over the years I have

**The author was involved in helping set up the International Defensive Pistol Association (IDPA), with a member number A00008. He also spent two years on the board of directors during IDPA's early formative years. He holds a Master rating in three IDPA divisions and has won several state and regional championships in IDPA competitions.**



trained with a virtual Who's Who in the firearms training industry. This has given me exposure to a broad range of training styles, tactical techniques and instructional methods, and I have combined and distilled these into my curriculum. My sincere thanks go out to these dedicated teachers, who have taught me so much of what I'm trying to pass on to you in this book. These instructors include Jeff Cooper, Chuck Taylor, Ken Hackathorn, Jim Higginbotham, Clint Smith, Dennis Tueller, John Farnam, Dave Grossi, Southnarc, Ernest Langdon, Jeff Gonzales, Massad Ayoob, Wayne Dobbs, Todd Green and many others. I attended an advanced 499 course at Gunsite all the way back in 1980. I have attended the NRA's Law Enforcement Firearms Instructor Schools for handgun, shotgun and Tactical Shooting Instructor, and I have been through the FBI police firearms instructor school. Truthfully, I have learned something of value in every single class I've taken over the past four decades, and I am deeply indebted to all the trainers who have allowed me to get to this point. This book is intended as a sort of conduit for wisdom from all of these assorted sources to you.

I sincerely hope this book will make you think about your personal security and how to achieve it. The mental skills involved in gun fighting are more important than the physical skills, and mental skills require personal effort, just like learning physical skills. The end result of this effort is, of course, peace of mind, which is well worth the time and effort invested.

Finally, I would like to thank Yamil Sued and Tamara Keel, who took the photographs used to illustrate this work. Also, a big thanks to Ken Campbell and the staff at Gunsite, who let us use some of their equipment and one of their ranges for some of the photography.



# 4

# PRINCIPLES OF PERSONAL DEFENSE

**S**ome years ago, Jeff Cooper wrote an excellent booklet entitled *Principles of Personal Defense*. This brief work outlined seven principles that, according to Jeff, lay the groundwork for all successful self-defense efforts. This little book is available from several online sources and should be required reading for anyone interested in personal security.

I have taken the liberty of listing the seven key words Jeff used in enumerating these principles and adding my own perspective to them. I truly believe mastery of these principles, as your standard operating procedure, is the key to personal safety. Many of us concentrate too much on hardware (specific gun model, caliber or type of ammunition, etc.) when it is this type of software issue that really decides who wins. The seven keywords used by Jeff Cooper to enumerate his Principles of Personal Defense are used here by permission of Jeff and the publisher, Paladin Press.

### ALERTNESS

This one trait is the cornerstone of all physical security. You cannot defend yourself against something you don't know is there. You must learn habits of alertness and awareness, so you are always in tune with your environment.

Elsewhere in this text we cover some of the important facets of observation skills, but you must grasp the importance of this principle. If you know who is around you and what they are up to, you are in control. Always be on the lookout for people, behavior, or activity that is out of place or out of context. When you see something like that, question it. Ask yourself, "why…?" If you don't get a satisfactory answer, treat this as a danger signal.

### DECISIVENESS

You are going to have to select a course of action and implement it, right now! No one is going to be there to tell you what to do. You're on your own. This is especially difficult for us these days because all decisions are made by committee, and no one likes to sign off on anything anymore. See the chapter on mental imaging to learn how to prepare to make crucial tactical decisions quickly. Always, do something, immediately.

### AGGRESSIVENESS

This is another principle that is difficult for the average person, as aggressiveness is systematically being bred out of us. You have been taught all of your life that fighting is bad, human life is sacred and you should play nice. The trouble is you might be up against someone who shares none of these sentiments.

To a degree, we do a disservice to our students when we harp continually on the defensive nature of the pistol. The pistol is defensive in concept, but not in



**Running a timed drill during a competition helps you develop quickness in the presentation of your pistol from the holster and your firing stroke.**





Jeff Cooper wrote an excellent booklet entitled Principles of Personal Defense. This brief work outlined seven principles that, according to Jeff, lay the groundwork for all successful self-defense efforts. The author teaches these principles in his classes and adds his own perspective to them in this chapter. (File photo)

## "Speed is the defining element of any form of fighting."

use. Gun fighting is just a form of fighting, and any type of fighting is, by definition, an aggressive activity. You cannot win any type of fight by being passive. Imagine yourself in a fistfight where all you do is block punches, but never throw any of your own. Going to win? The same goes for armed conflict. If I have to defend my life with a firearm, I will use it vigorously, with all of the violence, aggressiveness and commitment I can muster, because my life is at stake!

When a fight starts, failing to respond aggressively is the same as surrender. If you let evil people do evil things to you, guess what will happen? You have a duty to resist evil. You owe this duty to your family, to society and to yourself. If attacked, attack right back!

## SPEED

Speed is the defining element of any form of fighting. Whoever moves faster wins. You must develop quickness in your presentation of your pistol from the holster and your firing stroke. This comes only through structured, careful, frequent practice. You also must develop quickness in your ability to assess developing situations and make sound decisions. Again, this comes from prior preparation. Play the "what if…" game to develop responses in advance of need. The time to debate strategy is not while someone is trying to kill you.

## COOLNESS

If attacked, you must keep your wits about you and do what you have to do to win. You must concentrate on the task at hand, and in our context, the task at hand is to focus on the front sight and press the trigger. Invariably, when I discuss this with a group of new students, some of them look incredulous and say something like, "how am I supposed to keep cool when someone a few steps away is trying to kill me?" The answer to that is simple – every day a large number of people have to do this. I personally know a very large group of people who have done this successfully. The key is in prior mental preparation. You must consider the possibility of an armed conflict and be prepared mentally to deal with it.

Part of the answer is practice. Practice builds skill. Skill builds confidence. Confidence prevents panic. If your mind knows that you have a fair degree of skill, your confidence in that skill will help you remain calm. Police officers in this country have an average hit ratio of around 20 percent. That means in the field they hit with 20 out of every 100 shots they fire. This is due to several factors. First is startle response – from not being mentally prepared for an attack and being caught completely off guard, which, as always, is a training issue. The second is infrequent and poor practice. One major East Coast agency, for instance, fired 1,293 shots on the street in 1996, and hit only 64 bad guys! They also hit 11 bystanders. This agency gets one day of live-fire training per year, and you can bet some of the officers never touch their weapons and practice on their own time, and never do any homework. As a result, when suddenly confronted with a shooting situation they panic, stick the gun out in front of them and empty it as fast as they can. This is called the "spray and pray" method, and it almost always results in two things: an empty gun and a pissed-off bad guy.

Over a period of 18 years, the school I ran in Memphis trained some 45,000 students, and a fair number of them have been involved in shootings. As far as I can tell, they have about a 95-percent hit ratio. The very few misses that have occurred have been under very unusual circumstances. This extremely high hit rate occurs because they came here on their own time, and spent their own money, and then spent the time and effort it takes to achieve and retain basic proficiency with their weapons.

Do your homework. Repetition is the mother of all physical skill. Make time to get to the range. By constantly repeating the motions involved in your presentation and your firing stroke, you burn a neural pathway from your brain to your fingertips, eventually ingraining the proper response into your muscle memory. Sports physiologists will tell you it takes between 2,500 and 5,000 correct repetitions of any complex motor skill to automate it. To automate the skill means to be able to do it reflexively, without conscious thought or effort and this is the goal. You must concentrate your mental effort on the evolving tactical situation, not on marksmanship, and this is how you remain in control and hit under stress. Your mind must be free to work on the tactical situation, not on marksmanship.

Get some practice shooting under stress. Engage in competition shooting, like IDPA matches. Having to shoot an unfamiliar drill or scenario, under time and scoring pressure and with the peer pressure of having other shooters watching you is an excellent way to get some stress inoculation as well as some experience running your equipment under pressure. Hunt deer, wild hogs or similar game with your pistol and learn to control "buck fever." In training and practice, push yourself always to be better.

All shooters experience a degradation of skill under the extreme stress involved in a real life-and-death shooting confrontation. The more skill you have, however, the less you will lose when placed under sudden stress. The reason for this is simple. To get a higher degree of skill you had to do the work. You put in the repetitions both on the range and in dry work and have automated your physical skills. On the other hand, someone with a low skill level will drop even more skill under duress, simply because they have not driven those skills into the unconscious or automated level.

## RUTHLESSNESS

To many, this seems an odd word in the context of self-defense, but in reality, ruthlessness is a vital element of fighting to stay alive. In our context, ruthlessness means absolute single-mindedness of purpose. Once the fight starts, there are absolutely no considerations other than winning. It doesn't matter why he chose you. It doesn't matter why he's a

criminal. All that matters is winning. Bear in mind, in our context losing can mean dying. Hit him fast, hit him hard, hit him with everything you have, then assess and if needed, hit him some more.

**SURPRISE**

Surprise is put last in this list deliberately, because surprise is the first element of offensive combat.

Surprise comes in two forms: strategic surprise and tactical surprise. Strategic surprise is what the bad guy plans on. I recently got my hands on a captured copy of a bad guy's training manual, and when I opened it, I found only this: sneak up on them and jump on them. That is his entire strategy. Surprise is the only true advantage he has over you. He is typically not as smart, as well armed, or as well-trained, but if he surprises you the advantage is entirely his. How, then do we neutralize this advantage? Simple. Be alert. If he cannot surprise you, he probably cannot harm you. This is a loop that goes right back to the beginning of this chapter. Be alert and aware so you cannot be surprised.

The other form of surprise is tactical surprise, and that is your advantage. If attacked, do something he does not expect. Action is faster than reaction. Make him react to you, not you to him. You

> **"Surprise comes in two forms: strategic surprise and tactical surprise."**





Frequent and deliberate practice at the shooting range helps build and maintain the muscle-memory skills needed to draw and fire a handgun safely. Sports physiologists will tell you it takes between 2,500 and 5,000 correct repetitions of any complex motor skill to automate it.

accomplish this by doing what he least expects, which is a violent, explosive counterattack.

He is just as culturally indoctrinated as anyone else. When he attacks what he believed to be a helpless victim, what does he expect that person to do? Whimper, whine, belly up and do whatever he is told. Think about it. If he points a gun at you and tells you to do something, what does he expect you to do? Comply, of course. The reason he didn't shoot you was because he believes you will comply. If you do something else, he has to process that information, decide what to do and only then can he act. It's over by then.

This would be a good time to mention the OODA Cycle. This was a development by Col. John Boyd (USAF, Ret.) who was a fighter pilot, a fighter-pilot instructor, a researcher and inventor and a true genius. OODA is the acronym for Observe, Orient, Decide, Act. That is the cycle the human mind goes through in order to react to something in our environment. This applies to us as well as to the other side. Whether someone's IQ is 40 or 140 his mind has to work through this sequence before any deliberate action can take place. Let's look at it in detail.

### OBSERVE

For the 10th time now, you cannot do anything about a problem until you detect it. Get your head up, open your eyes and look around. Bad guys do not beam down out of the mother ship and materialize next to you, despite what violent crime victims would have you believe. Remember, you're looking for anything in your immediate environment that looks suspicious because it is out of place, out of character or out of context.

### ORIENT

This means to turn your attention to the person or circumstance



**Practicing your shooting skills with the added pressure of shooting in a competitive match is an excellent way to get some stress inoculation as well as some experience running your equipment under pressure. Pictured here, Lynn Givens, the author's wife, (foreground) competes one-on-one against another shooter. (Photo by Tamara Keel)**

that caught your eye. Assess the person as a potential threat. Evaluate your tactical position. Consider your options for dealing with the threat. Start playing the "what-if" game to determine your options.

### DECIDE

Action is needed. Select a course of action to fix the problem.

### ACT

Physical action in self-defense is needed. This can only occur after you have gone through the first three stages. You cannot act until you detect the threat, evaluate it and select an option for dealing with it. The time it takes to process this information and act is reduced greatly by being alert and having practiced emergency responses before the crisis.

This same OODA Cycle applies to the opposition. When he tells you to do something, do something else. He will have to observe that action, realize it is not what he told you to do (orient to it), decide what to do about it (run, shoot, etc.) and only then can he act. By being alert and having preplanned tactical responses, you can short-circuit his reaction process.

If he is in the act stage while you are entering the observe stage, you probably have lost. Be alert. The same works in reverse. If you are acting while he is looking, you should be finished before he can move through the orientation, decision and action phases.



## SEMI-AUTO PISTOLS

This brings us to the semi-auto pistol. The media would have you believe semi-auto pistols are some evil, modern inventions that have only been around a few years. This is simply not true. The first workable semi-auto pistols were developed in the late 1800s. The Mauser Model of 1896, for instance, was first used in the battle of Omdurman in the Sudan by a young Winston Churchill in 1896. The Swiss Army adopted the Luger pistol in 1903 and the German Army adopted it in 1908. In 1911, the U.S. military adopted the Colt .45 semi-auto, which is often today simply referred to as a 1911.

Before we get into specific types, there are some general features all semi-auto pistols have in common. First, the revolver is a manually operated handgun. The energy that rotates the cylinder, cocks the hammer and fires the revolver all comes from the shooter's trigger finger. In a semi-auto pistol, part of the energy that propels the bullet out of the gun and to the target also causes the slide to move to the rear, ejecting the spent case out of the gun, then as the slide moves forward under spring pressure it strips a fresh round from the magazine and feeds it into the chamber ready to be fired. The archaic term for the semi-auto pistol is the "self-loading pistol," referring to this action of loading itself by using the energy supplied by the fired cartridge.

All semi-auto weapons, whether handgun, rifle or shotgun, fire only one shot with each press of the trigger. To fire another shot, the trigger must be reset and then pressed again. In an automatic weapon, such as a submachinegun or a machine gun, the gun will continue to fire as long as the trigger is held to the rear until either the trigger is released, or the gun runs out of ammunition.

Semi-auto pistols have only one chamber, unlike the revolver. On a semi-auto pistol, the chamber is an integral part of the barrel. The semi-auto pistol uses ammunition that is housed in a detachable magazine. The magazine is not part of the pistol, it is a feeding device for the pistol. The whole purpose of the detachable magazine is to be able to carry spare magazines on your person, already loaded. This makes reloading the pistol a very simple and very quick process.



**Single-action semi-autos are intended to be carried with the hammer cocked and a manual safety engaged. This type of semi-auto will not fire if the hammer is all the way down in its un-cocked position.**

To reload a semi-auto pistol, one only has to push the magazine release button and let the empty magazine fall out and insert a new magazine into the magazine well. Magazines can be single column and have a single row of cartridges stacked one atop another, or they can be double column, with two rows of cartridges somewhat staggered in a fatter magazine. This allows higher magazine capacity, but tends to make the grip frame larger.

Semi-auto pistols have undergone a bit of evolution over their 130 years of existence. At present, we have essentially four mechanical families of semi-auto pistols available to us. They all operate essentially the same in that they use a magazine and a slide that reciprocates back and forth to eject the empty cartridges and load new cartridges into the chamber. The difference lies in how the trigger action of the gun operates during the firing cycle.



**The 9mm, .40 S&W and .45 Auto calibers are readily available and there is a wide variety of good, modern, effective defensive ammunition available for them.**

just simply cannot stand the sight of that cocked hammer on a single-action auto such as the 1911. The fact that the 1911 has a passive-grip safety and a manual-thumb safety doesn't mollify some people who are just terrified of that cocked hammer. If this describes you, that's probably not the right gun for you. Others are not comfortable carrying a striker-fired pistol like a Glock or M&P that has a fairly light, short trigger pull and no manual safety. This is especially true of shooters who carry their gun in the appendix position, which can point the gun at various body parts, like their own thigh, when seated. Choose an action type with which you personally are comfortable.

Of course, there's the consideration of caliber. We'll get into ammunition more deeply later on, but for now let's limit our consideration to pistols chambered for 9mm (9X19, 9mm Luger), .40 S&W and .45 Auto. These are readily available calibers and there is a wide variety of good, modern, effective defensive ammunition available for them. The 9mm is the smallest of these cartridges, and therefore offers the highest magazine capacity. This cartridge is available in very compact pistols or in service-size pistols that hold as many as 17 or 18 rounds. The .45 Auto is an older cartridge, is quite a bit larger and therefore magazine capacity will be somewhat limited. There are .45s with double-column magazines that hold as many as 10 to 13 cartridges, however, unless you have very large hands, they will be difficult to handle well. The typical .45 Auto only holds eight to nine rounds. The .40 Smith & Wesson is a compromise cartridge that is larger than the 9mm and smaller than the .45. Typical .40 caliber handguns hold anywhere from 12 to 16 shots.

If a particular handgun is not as common others, there might be a reason. Also, the more common mainstream handguns, particularly those in widespread law-enforcement use, will have a lot more holsters and accessories readily available.