# EXHIBIT F

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ANDREW HANSON**, *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **DISTRICT OF COLUMBIA**, *et al.*, <br><br> **Defendants.** | **Civil Action No. 1:22-cv-02256-RC** |

## DECLARATION OF ROGER PAULY

Pursuant to 28 U.S.C. § 1746, I, Roger Pauly, declare and state as follows:

1.      I am over the age of eighteen (18) years, competent to testify to the matters contained in this declaration, and testify based on my personal knowledge and information.

2.      I am an Associate Professor in the Department of History at the University of Central Arkansas, where I have taught for the last twenty years.  I received my B.A. from St. Olaf College (1988), my M.A. from Villanova University (1992) and my Ph.D. from the University of Delaware (2000), all in History.  A true and correct copy of my curriculum vitae is attached as **Exhibit A** to this declaration.

3.      I am also personally interested in antique firearms and firearms history.  I own a Remington Model 870 shotgun and a Marlin Model 60 target rifle.  These were treasured gifts to me from my father and son respectively.  More pertinent to history, I also own reproduction models of an 1853 Enfield Rifled Musket and an 1859 Sharps Infantry Model Rifle.  These are working firearms based upon nineteenth century designs, but they were built in the past few decades.  I have handled and fired a variety of other modern arms, including a Beretta 9mm semi-automatic pistol, a .38 caliber Smith and Wesson revolver, several civilian-model AK-47s

and a similar model AR-15.  I have also fired a Korean-War-Era Model M-1 'Garand' Rifle, as well as a Lee-Enfield Pattern Mark IV Rifle, a K98 German Mauser, and US M1-Carbine.  The last three of these were World War II era weapons.

4.      I am the author of *Firearms: The Lifestory of a Technology*, first issued in 2004 by Greenwood Publishing Group and again in 2008 by The Johns Hopkins University Press. *Firearms* was first in a series of works published by Greenwood that aimed to explore the holistic backgrounds of critical inventions.  I have also presented a variety of lectures on the subject, including a lecture on the role firearms technology played in the Civil War, available here: https://www.c-span.org/video/?301223-1/state-house-museum-civil-war-symposium.  I was similarly hired as a consultant and appeared on the British ITV documentary program *Groundwar: Warrior Weapons*, which premiered in the United States on 2010 on PBS Television.  I also appeared in 12 out of 13 episodes of the documentary series *American Guns: A History of US Firearms*, which premiered in 2017 on Amazon Prime.

5.      The Office of the Attorney General for the District of Columbia contacted me to render expert opinions in this case, relating to the history of firearms technology.  This declaration is essentially a very abbreviated version of my book on firearms, composed of selected highlights.  I did not include footnotes, or endnotes, in my book or this declaration, but I have attached the bibliography for my book as **Exhibit B**.  I have completed my work at no charge.

### Introduction

6.      Over approximately nine centuries so far, the development of an archetypical entity known simply as the "firearm" has been a gradual and uneven process much like the growth of an individual.  Thus, early human missile weapons like spears, slings, and bows

represent the distant ancestors of the gun.  The crossbow could probably be identified as a more immediate parent, with its telltale lock mechanism and its stock-like tiller.  Another parent might well be a medieval Chinese flamethrower known as a "firelance" that used gunpowder as an incendiary.  The earliest hand-cannons of Asia and Europe illustrate the gun's childhood, while the diverse weaponry of the sixteenth and seventeenth centuries is perhaps reflective of the rapid developments in adolescence.  In the nineteenth century new industrial techniques allowed the firearm to surge into a state of adulthood as metallic cartridges, revolvers, breechloaders, and repeating rifles appeared.  On the eve of the twentieth century, the recognition that gas and recoil from a shot could be used to drive a gun's reloading mechanism resulted in the rise of both semi- and fully automatic weapons that still predominate today.

7.     Like a human, this growth was uneven and erratic.  It was not marked by steady progress, but rather through periods of intense development and changes followed by episodes of slowing or stagnation.  Often future gun designs were anticipated well in advance of the necessary technological maturation, by decades and even by centuries, much like a child dreams about a future career well before she is capable of piloting a jet fighter.

8.     While the whole life story of the firearm might appear erratic and unpredictable, some consistent logic lay behind most of the process.  No matter what type of missile weapon one is considering, it has to address certain demands or meet certain needs.  First, it must be able to hit its target.  Small arms manufacturers have thus logically, consistently concerned themselves with promoting accuracy.  Linked to this is range—the potential to hit objects at far distances.  Second, it does no good to hit an enemy with a projectile that does no damage.  Therefore, the power and strength with which a projectile crashes into its target are important too.  A third ingredient to these two factors is rate of fire.  Poor accuracy or weak power can be

offset to some extent with a weapon that discharges many shots in a short period of time.  Thus, the common imperatives of accuracy, power, and rate of fire has guided firearm development at each stage of its lifecycle.

### The First Five Hundred Years

9.      The firearm's exact birthdate is largely unknown.  We can estimate that a very simple version was on the scene in China by the end of the thirteenth century.

10.      The basic formula of saltpeter, sulphur and charcoal that formed the basis for gunpowder was devised by Chinese alchemists probably by the ninth century CE although earlier, weaker versions were almost certainly experimented with much earlier.  Upon ignition, gunpowder undergoes a chemical change that turns it from a solid into a gas of nitrogen and carbon dioxide that expands incredibly fast.  This rapid expansion is a visually spectacular burst of smoke and flame, and it is what gives gunpowder its power.

11.       This material was first employed in a device known as a firelance, which was based on a simple tube design (and which would eventually be transformed into a "barrel").  One end of the tube was sealed, and the hollow cylinder was filled with gunpowder.  In combat, a soldier would light a fuse at the open end of the tube, which would ignite the gunpowder, and then sparks and fire would shoot violently back out of the open end.

12.      At some point, someone recognized that the potential to cause harm from projectiles flying out of the firelance was far greater than any accompanying sparks.  To accomplish this, a "touchhole" was drilled into the closed, rear end of the tube (or "breech"), and a burning fuse was run to the powder through the touchhole.  Projectiles were loaded into the other, open, "muzzle" end of the tube.

13.     No one can say for certain when the first metal gun was constructed, but a weapon found at the site of a battle that took place in Manchuria in 1288 features essentially a short bronze tube with a touchhole in the breech.  The oldest evidence of a similar weapon in Europe appears in two separate written sources composed in 1326.

14.     At some point in the fourteenth century, a new technique of manufacturing gunpowder was developed, known as corning.  The new form was significantly more powerful and explosive.  Some contemporaries estimate it had three times the explosive potential, and, at last, a bullet propelled by this stuff could consistently punch through most armor.

15.     By the end of the fourteenth century, larger artillery was also developed, and the terms "hand gun" and "handcannon" came into use to distinguish the smaller pieces.

16.     By the early fifteenth century, weapons appeared that are clearly recognizable as firearms.  They used the explosion of gunpowder to fire projectile bullets.  Each one had a metal barrel and most models sported very simple version of a stock, which was a long, wooden structure set below and behind the barrel.  This stock allowed for better handling of the weapon and insulated the shooter's hands from the barrel, which could become exceptionally hot after firing.  Some of these were even built with gun sights very similar to those still used for many open-sighted firearms today.

17.     The term "arquebus" became a fairly standard appellation for most hand-held guns by the end of the fifteenth century.  "Muskets," in contrast, were particularly heavy arms, weighing as much as 20 pounds and sporting 4.5 foot-long barrels.  They often rested on a crude sort of tripod and came with a ramrod to push the bullet down the barrel into the breech.

18.     Also in the fifteenth century, the task of lighting a match to a fuse was mechanized through the use of a component known as a "matchlock."  The most common

version of this device featured a metal C-shaped arm, with the open part of the letter facing the shooter.  On the side of the stock near the breech was a flat piece of metal called a lockplate. The upper end of the "C" arm held a smoldering match (a cord covered in saltpeter, sometimes called "match cord"), while the lower extremity was attached to a metal leaf-spring mechanism hidden behind the plate.  A metal spring held the "C" in place, and when a large barlike trigger was squeezed, the "C" moved downward toward a small basinlike structure.  This was the aptly named "flashpan," which was fitted to the outside of the touchhole and filled with a small amount of gunpowder.  (This small amount of powder, at some point, came to be called "priming powder," as distinguished from the main charge in the barrel.)  If everything went right, the match at the top of the "C" would ignite the powder in the flashpan, the ignition would then travel through the touchhole, then down into the barrel, and in turn set off the main powder charge.[1]  The intricate components of the "C," the trigger, and the leaf-spring reminded people of similarly sophisticated metallic locks that could fix the door to a room or the lid of a chest firmly in place.  The word "lock" began to be used to describe the complex firing mechanisms of these weapons.

19.     By the early sixteenth century, simple handcannons had evolved to include all three key components of archetypical firearms:  locks, stocks, and barrels.

## The Sixteenth & Seventeenth Centuries

20.     In the sixteenth and seventeenth centuries, a variety of new ignition systems were created, with one—the flintlock—dominating the field across the world by the end of the period.

---

[1]     The origin of the old expression "just a flash in the pan" to describe a disappointing or unfulfilled event arose from cases in which things did not go quite this way.

21.     Pistols also appeared in noticeable numbers this period.  Although some matchlock pistols are known to have been produced, the development of pistols was largely dependent upon the advent of a new kind of ignition, known as the "wheel lock."  Written references to wheel lock weapons began to appear in the early sixteenth century.

22.     The idea was for a wheel to spin in place while its serrated edge ran against a flint, a device like the modern lighter.  The stone was held in a jawlike clamp attached to a hinged arm, known as a "doghead."  The shooter prepared the lock by using a wrench to wind a lug fixed to the axis of the wheel.  This action wrapped a very short chain around the wheel as it turned.  After being cranked, the whole thing was held in place by the nose of a metal sear, which popped into a hole drilled in the side of the wheel.  As the shooter prepared to fire, the cover was pushed away from the flashpan, and the hinged doghead was manually swung down against the top of the wheel.  When the trigger was pulled, it allowed the mainspring to reassert itself and pull out the chain that, in turn, spun the wheel.  The wheel rotated, with its serrated edge spinning against the flint.  The resulting shower of sparks set off the priming powder and main charge.

23.     The wheel lock system was complicated, delicate, and prone to breakage.  They also demanded more craftsmanship to make and more money to produce than matchlocks.  They therefore were not used in huge numbers by common troops in Europe or elsewhere.  Matchlock weapons remained most common for foot soldiers throughout the fifteenth, sixteenth, and seventeenth centuries.

24.     That said, a wheel lock pistol had no troublesome, smoldering match cord to kept lit and could hang from a belt or a saddle, ready for firing at a moment's notice.  These arms uniquely provided mounted troops of the time with the means to shoot back at the arquebusiers

7

and musketeers who were wreaking so much havoc on their ranks—although they had only a very short firing range.  It has been estimated that cavalry may have had to close to within five paces of the enemy in order for their wheel lock pistols to work at full effect.

25.     If a person could afford a pistol, wheel lock pistols also had some role to play in the realm of self-defense.  The wheel lock mechanism could stay at rest for a long time and still be ready to fire at a moment's notice, and when attached to a pistol was much easier to carry and conceal than a matchlock musket.  (Imagine trying to walk around town with a smoldering matchlock concealed under one's cape or hooked to a belt, or with a four-foot-long gun.)

26.     Near the very end of the seventeenth century, the major powers of Europe began switching from their matchlock arms to arms with a "flintlock" ignition device.

27.     "True" flintlocks first appeared in France between 1610 and 1620.  The device worked rather like a wheel lock, in that it had a doghead—by now known as a "cock" instead, for its beak-like appearance—holding a piece of flint, which the shooter would pull upward and backward and lock into an upright position prior to firing.  Pulling the trigger caused the cock to fall down and forward; the attached flint would then strike an L-shaped device, which contained both a "battery" (a stationary piece of iron) and a flashpan cover.  The falling action would simultaneously cause the flashpan cover to open and create sparks by striking the battery, thus igniting the exposed priming powder, which would, in turn, ignite the main charge through a touchhole in the breech.

28.     Flintlock ignitions dominated firearm technology until a new system, the percussion-cap, prevailed in the mid-nineteenth century.

29.     The prototypical example of an eighteenth-century musket, a British model widely known as the "Brown Bess," used flintlock ignition.  The design was fairly simple:  It had

8

a 46-inch-long barrel fixed to a walnut stock, with brass furniture (that is, functional niceties like the trigger-guard). Most models also came with an iron ramrod.  It did not have a rear sight, a testament to the gun's lack of long-range accuracy.  It has been said that 120 yards was the average distance at which fired projectiles would strike the ground due to a rapid loss of velocity. Most firearms of this age were accurate at less than 80 yards.  The muskets of the time, such as the Brown Bess, were not really built with an eye to individual marksmanship.  The idea was for dozens of these weapons to be fired at once at mass formations of troops.

30.     The musket was also (relatively) easy to shoot and reload.  By this time, individual paper cartridges, containing both pre-measured portions of gunpowder and round lead bullets, known as balls, were in wide use.  The paper cartridge was opened with one's teeth, and a small portion of the charge was poured in the gun's pan to prime the weapon.  The rest of the powder went down the barrel with the ball.  The paper tube could be rammed to pack the charge more tightly, or simply discarded.  Troops could carry anywhere from 20-40 of these lightweight paper cartridges in a leather purse (or "cartridge box").  Loaded this way, the musket could be fired approximately three times per minute.

31.     Flintlocks were simple to use and service (much more so than wheel locks), but they had a high incidence of misfire.  It has been estimated that in wet or humid weather, for example, as many as 50% of the flintlocks in a line of muskets might fail to fire properly.

32.     The flintlock musket enjoyed a widespread reign as the world's predominant gun design for about a century and a half.

### The Nineteenth Century

33.     Firearm technology saw a relative profusion of innovations in the nineteenth century that, especially when employed together, produced exponential changes in accuracy,

power, and rate of fire, as well as in firearms' reliability.  Two of the firearm's vital components, the barrel and the lock, would drastically change.  "Rifled," as opposed to smoothbore, barrels came into wide use, increasing arms' accuracy many times over.  Lock systems changed, dramatically increasing arms' reliability and usefulness across a variety of conditions.  By the end of the century, these developments—coupled with advances in manufacturing technology, in general, and in cartridge and even gunpowder design—produced firearms radically more capable of killing both animals and people efficiently and effectively.

## Rifling & Expanding Bullets ("Minie Balls")

34.     The manner through which a quarterback throws a football offers a good analogy to explain the concept of rifling.  The quarterback grasps the ball with his or her fingers on one side and thumb on the other.  If the throw is made properly, the thumb will release first, followed by the other four fingers, which roll more gradually off the ball as the arm swings forward.  This rolling motion will cause the ball to spin in midair, increasing the range and accuracy of the throw.  The ball performs better due to its spinning action—masters can make throws of mind-boggling precision.

35.     Similarly, probably around the end of the fifteenth century, a gunsmith once cut grooves in a curved, spiraling manner inside a barrel, and it was discovered that lead balls shot from such barrels traveled in a far more accurate fashion.

36.     The technique came to be known as "rifling."  And it could not have been easy; forging a plain smoothbore barrel was long and arduous work, let alone making one with spiral grooves cut into its inside surfaces.  Economical mass production, therefore, would await a few centuries for advances in manufacturing techniques.  Rifles were also very slow to load—requiring approximately three minutes per shot or "round" (the term is from the shape of the

10

bullet)—because, in order to get the projectile to spin, the bullet had to grip the grooves. Therefore, it needed to be slightly larger than the bore (or diameter) of the barrel. Loading such a bullet was a challenge as it had to be jammed into and down the barrel, often with the assistance of a wooden mallet. For this and other reasons, rifles were mostly slow-loading, expensive weapons that remained in the hands of a wealthy elite in the sixteenth and seventeenth centuries.

37.     Although much of the firearm's story is linked to warfare, in the sixteenth and seventeenth centuries, the rifle did find an important role in the field of hunting, especially in America. Rate of fire is not a particularly important factor while pursuing most game. A hunter was likely to only get one shot at a swift stag, and therefore, the difficulty of loading a rifle was worth the improved odds of hitting the animal on the first shot. Although hunting was largely the preserve of the landed classes in Europe, in the New World hunting was customary for both the indigenous populations and the European settlers. Rifles, known first as "Pennsylvania rifles," then as "Kentucky rifles," were popular and refined for these ends on the American frontier across the seventeenth and eighteenth centuries.

38.     Rifling could also be employed in this period for pistols for "civilian" usage. Like the musket, speed of reloading was considered essential in a military pistol. But pistols with rifled barrels could be employed in target shooting, for self-defense, and in the nefarious fashion of dueling. In these situations, fast reloading was less important or practical than an accurate initial shot.

39.     Rifling was not widely used in the military context, however, until advances in bullet technology enabled faster reloading and increased rate of fire. Around 1850, a handful of attempts settled into a solution that came to be called a "minie-ball" (after one of its inventors,

Claude-Etienne Minie).  The Minie ball was closer to the non-familiar "bullet" shape, rather than the older, (actually round) "ball."  It had a hollow cavity at the base of the bullet which nestled against the powder charge when loaded.  The force of the charge would push into this cavity and expanded the rear of the bullet, driving its sides into the rifled grooves.  Since these minie-balls expanded upon firing, they could be made with a slightly *smaller* diameter than the barrel bore, and this greatly sped up loading time.

40.    Soon thereafter, enormous numbers of rifles were produced for military purposes, such as those for the British military at the Royal Small Arms Factory at Enfield, informally known as the Enfield Rifled Musket.  These arms significantly increased range and accuracy over the Brown Bess:  In one test, a large target could be repeatedly hit at a range of 800 yards, and even moderately skilled shooters could consistently hit man-sized targets at 200 yards.

41.    About a half million Enfields were ultimately imported to the United States for use in the Civil War.  The Union built nearly 1.5 million more of similar, American-made models, loosely known as "Springfields."

**Percussion Locks**

42.    Around the turn of the nineteenth century, a Scotsman, Alexander John Forsyth, discovered that highly volatiles substances, called fulminates, could be stabilized by mixing them with charcoal, sulphur, and other materials; and that striking a minute amount directly with a hammer regularly triggered a small but intense explosion.  Using this discovery, he devised a new rather complex lock, the percussion lock, named after its manner of ignition.  Forsyth's percussion lock was similar to the flintlock, except that a hammer-hitting-fulminate mechanism replaced the flint-hitting-steel one.

43.     This work eventually led to something called the percussion cap.  A touch of mercury fulminate compound was set inside a tiny, cheap copper or brass cup-like structure called a "cap," perhaps due to its similar appearance to headwear.  In a typical percussion lock, the cap was slipped over the top of a small cylindrical "nipple" that had a tiny hole drilled through it lengthwise.  The nipple's hollow center led directly into the closed touchhole.  When the hammer snapped down on the top of the cap, the fulminate exploded, and with nowhere else to go, the flame burned down the touchhole into the main powder charge.  This system of percussion was exceptionally simple to construct and replaced Forsyth's more complicated version.

44.     Digging around in one's pocket or "cap box" for a cap was not always quick or convenient, and the caps would sometimes explode, hazarding the shooter's eyes with a shower of metal fragments.  But the percussion cap lock system was far less prone to misfire than was the flintlock.  Being almost entirely enclosed, it was also much more resistant to foul weather.  Thus, when only 50% of flintlock musket line might actually fire in wet weather, 99% of percussion-cap guns would discharge.  By 1840, the United States, Britain and France had all adopted the lock for new military arms.

### Repeating Arms: Revolvers

45.     Like so many other modern "innovations," the revolver was actually a much older concept, predating the famous American, Samuel Colt, by centuries.  One Venetian matchlock version with three rotating barrels, for example, has been dated to the 1540s.  The concept of a repeating arm with just one barrel, but rotating breech chambers—a "cylinder"— also dates to at least the sixteenth century.  But these early revolvers had to be turned by hand and reprimed after each shot.  And, like most early breechloaders in general, there was a problem with expanding

gas leaking through from ill-fitting parts.  Loose machinery work could also allow stray sparks from the chamber being fired to find their way into other loaded chambers with disastrous results.  In the best cases, these loose parts resulted in a loss of propulsion for the bullet; in the worst cases, after just a few shots early breechloaders tended to explode in the shooter's face.  It would take the precision manufacturing of the nineteenth-century's early industrial age to make this design workable.

46.     The new percussion lock system offered the opportunity to re-visit the revolver design and this is exactly what Samuel Colt did.  Colt's particular application, patented in 1836, was so successful that countless later enthusiasts credited the gunsmith with actually inventing the revolver.  Colt's basic system simply fixed a percussion nipple onto a slight recess at the rear of each individual cylinder chamber.  The enclosed nature of the percussion-cap ignition along with the recessed nipples greatly reduced the chance of other cylinder chambers accidentally discharging.  He also added a mechanism that rotated the cylinder automatically and lined up a new chamber each time the hammer was cocked.  The pistol chambers were loaded individually through the front along the side of the cylinder, initially as loose powder and shot, and later in premade paper cartridges.[2]

47.     This effective "cap and ball" revolver significantly increased firearms' rate of fire—whereas single-shot flintlock arms might be discharged about three times a minute, a Colt Revolver could now fire six aimed shots in under twenty seconds or even less time.  Reloading

---

[2]     Colt was also very good at precision manufacturing:  across the middle of the nineteenth century, his facilities used the most modern industrial equipment and production techniques available at the time, and he achieved an exceptionally high degree of standardization in firearm parts.

was a considerably slower process, involving at least 18 steps and some many minutes (despite the few seconds' time we see in the movies).

## Breech-loading Rifles

48.     If nineteenth-century gunsmiths were capable of mass-producing gastight revolvers, they certainly could revisit other old firearms experiments of the past.  One of the more successful efforts toward this end was the revival of the breechloader.  The basic idea was to have a section of the rear of the barrel (or "breech") open, thus allowing a cartridge to be more-easily inserted into the base of the barrel.  This would alleviate the burden of ramming a tight-fitting bullet and greatly ease the loading process.  This approach actually had been around since the late Middle Ages, but, like the early revolvers, the designs tended to leak excessive gas and/or explode.

49.     Gunmakers like the American, John Hall, began developing somewhat-safer breechloaders by the 1830s, but these were still less reliable than the older muzzle-loaders and received a cool reception from the military.  In 1853, fellow-American, Christian Sharps, significantly improved upon existing designs by creating a special breech seal.  This consisted of a movable metal ring about the diameter of the barrel, which was recessed into a sliding block of metal at the rear of the barrel called a "breechblock."  When the gun fired, gas from the charge itself was forced under the edges of the ring and drove it against the rear of the barrel.  The force of the expanding gas essentially helped seal the force of the expanding gas.

50.     Breechloading indeed significantly increased rate of fire, even as used with just single-shot guns.  A report from the U.S. secretary of war in 1859, for example, estimated that "[w]ith the best breech-loading arm, one skillful man would be equal to two, probably three armed with the ordinary muzzle-loading guns."

51.     It has been estimated that over 100,000 (single-shot) Sharps breechloading rifles saw action in the Civil War, mostly by cavalry.  Most infantry continued to use older styled weapons.

### The Self-Contained Metal Cartridge

52.     Around the same time Sharps' breechloaders came into being, John Forsyth's work with fulminates was being put to new use in America in metallic self-primed cartridges patented by Horace Smith and Daniel Wesson.

53.     Forsyth's work actually inspired this design decades earlier.  By about 1810, Samuel Johannes Pauly of Switzerland, impressed by Forsyth's work, recognized that Forsyth's fulminate did not have to rest in the lock but rather could be fixed to the actual cartridge itself. Pauly devised several types of ammunition utilizing metal casings fitted to the rear of a larger paper cartridge.  A small bit of fulminate was fixed in a miniature pan on the center back of the metallic casing and ignited by means of a new lock using an internal metal spring-driven "firing pin" instead of a side-mounted percussion hammer.  Pauly's work was not cost-effective at the time and never gained popularity in his lifetime.  It was decades before the metallic center-fire cartridge he had devised were rediscovered.[3]

54.     Like Pauly's, Smith and Wesson's similar design removed the need for a separate percussion cap and eliminated an extra loading step.  Unlike Pauly's, Smith and Wesson's design

---

[3]     Pauly's work was also taken up and modified by one of his assistants, Johann Nikolaus von Dreyse.  Von Dreyse, working in his native Prussia, set the fulminate primer inside the cartridge, but between the bullet and the powder charge.  He also modified the lock, changing Pauly's firing pin into a firing needle, to reach deeper inside the cartridge, and devising around it a breechloading lock that came to be known as the "bolt-action" lock.  This technology was widely adopted across Europe in the nineteenth century, and eventually in the U.S. as well, which switched to bolt-action rifles around the turn of the century.

was cost-effective, and successfully and widely employed.  As a result, the firearm was about to take another major leap forward in rate of fire.[4]

55.     1n 1871, for example, the Colt Company produced its first breech-loading metallic cartridge firing pistol modeled heavily on its earlier cap and ball revolvers.  This particular gun was not a commercial success, but Colt's next effort, the Single Action Army Model of 1873, would go on to become one of the most famous and distinct revolvers of all time. Forty-five caliber cartridges were loaded one by one through a hinged feed slot or "gate" in the rear of the cylinder.  (The colloquial term "forty five" caliber comes from the diameter of the bullet, in this case, .45 inches.  Similarly, a "thirty-eight" would use a .38 inch-wide bullet while a "twenty-two" bullet was a petite .22 inches in width.)  The Model 1873 could be rid of its empty .45 cartridges in a reverse loading-motion with the assistance of an ejector rod.  This model of revolver was purchased in large numbers all over the country and overseas.  The weapon earned a number of nicknames, including the "equalizer" and the "peacekeeper."

56.     In its Navy Model 1889, Colt offered an even faster system.  This pistol had the front of its cylinder fitted to a hinged arm or "crane."  After firing, the entire cylinder swung out to the side of the revolver, away from the frame.  All six cartridges could then be simultaneously pushed out using an ejector rod mechanism similar to that found in contemporary models made by the American firm of Smith and Wesson.

**Repeating Arms: Rifles**

---

[4]     Smith and Wesson patented a "rimfire" design, in which the fulminate primer circled the rear edge of the cartridge, rather than sitting in the middle.  This was thought to be a better ammunition type to build a revolver around because in this type of weapon the striking edge of the hammer was traditionally located closer to the edge of the cartridge than its center-rear.  By the early 1870s, there was a general movement back toward center-fire cartridges because the larger caliber rimfires tended to tear themselves apart when firing.

57.     The innovations in breechloading and metallic cartridges just discussed produced large gains in rate-of-fire in and of themselves.  They also quickly enabled yet another large leap—the repeating rifle.

58.     Like so many other weapons of the nineteenth century, the repeating rifles that appeared were similar to much older, but never perfected designs.  A seventeenth-century Danish marvel known as the Kalthoff gun, for example, used a cylindrical tube mounted under the barrel that held multiple balls.  This remarkable wheel lock also had a powder magazine in a hollowed section of the stock butt, and the whole gun could be primed and loaded by pivoting the trigger guard.  As brilliant as the design was, it was expensive and reportedly a bit delicate.

59.     A likewise frail pistol designed in the United States in 1848 by Walter Hunt, called the "Volitional Repeater," and later renamed the "Volcanic," used some similar elements.  It employed a tubular spring-loaded bullet magazine under the barrel that fed ammunition into the breech chamber with a finger-lever.  The Volcanic was plagued by gas leakage, and its unique ammunition (like a minie ball, but with the hollow space filled with powder) only contained a very small powder charge.  The end result was that the Volcanic Repeater was not at all "volcanic" and suffered from an exceptionally low muzzle velocity—it was about half the speed of a Sharps gun, for example, which had a muzzle velocity of 950 to 1000 feet per second. (That is, it fired bullets moving at 950 to 1000 feet per second when first leaving the barrel.)

60.     Within a few years, by 1860, Benjamin Tyler Henry modified the Volcanic and its ammunition to create an effective repeating rifle with a larger and more powerful cartridge. Henry's new cartridge had a longer metal jacket that allowed for much greater powder capacity. The weapon also used a trigger lever that could be worked by the entire hand, rather than one finger, which eased the reloading process.  Because it was a long rifle, it was able to sport a

much longer tube magazine that could hold *fifteen* of the Henry cartridges (plus one in the

chamber).  The bullet was much smaller than that used in other rifles, but when fired from the

weapon Henry built for it, the projectile had a muzzle velocity of 1,125 feet per second, a

relatively high speed.

61.     Not only did the Henry rifle's bullet move relatively quickly, but when compared

to other contemporary firearms, the gun had an unheard-of rate of fire.  By simply shoving the

trigger-guard lever down and forward, a spent casing from the gun's barrel was ejected through

the top of the breech, a fresh cartridge slid into the lifting mechanism, and the hammer was

cocked back in a firing position.  Snapping the lever back into place pushed the new cartridge up

and into the breech, ready to be fired.  This lever-action design prepared a bullet for firing with

one smooth and simple motion, requiring no cartridge biting, no ramrods, and no fumbling for

percussion caps.  Unlike the three shots a minute that might be hoped for from an exceptionally

quick infantryman armed with a Springfield, trials demonstrated that an average shooter could

discharge a Henry rifle once every 3 seconds.

62.     Henry rifles were developed by the start of the American Civil War but were quite

expensive—exorbitantly priced for regular rank-and-file troops—and did not see much combat.

By the end of hostilities, the War Department had only officially bought 1,731 of the guns.

63.     A similar repeating weapon that saw much more use in that conflict was the

Spencer rifle, also patented in 1860.  The Spencer likewise employed a magazine tube, but this

feature was set in a different location, behind the lock hidden in the butt of the gunstock.  The

shorter space of the butt and the larger bore/cartridge size only allowed seven cartridges to be

loaded at a time.  Officially, the War Department bought almost 100,000 Spencer carbines and

almost 12,500 rifles for use in the Civil War.

**Smokeless Powder**

64.     In 1884, Paul Vielle of France developed a new propellant that would quickly replace the basic gunpowder formula that had been pushed down gun barrels for nearly 600 years.  The new material, which he called "Powder B," came to be known as "smokeless" powder.  And because it was lighter in color than the older, charcoal-based powder, people began to refer to the older powder as "black powder."  Smokeless powder produced significantly less smoke than older gunpowders and was also a more efficient propellant.  The new powder was mixed at the molecular level, which meant its ignition was much faster, it burned more thoroughly, and it left less powder residue in the barrel.

65.     A cartridge made with smokeless powder could be blown down a barrel at a much faster rate than one made with the old "black" powder.  The force that a projectile has on an object when it impacts with it is a combination of both mass and speed.  Gunmakers knew that a small bullet travelling at a relatively higher velocity would be just as capable of inflicting a similar level of injury as a large bullet travelling slower.  Cartridges filled with smokeless powder could thus employ smaller caliber bullets, but these travelled significantly faster (over 2,000 feet per second muzzle velocity) and thus tended not to drop as much in flight.  This would make a new generation of these "high-powered" rifles more accurate in the hands of the average shooter.

**Machine Guns**

66.     Like so many nineteenth-century firearm developments already discussed, the machine gun had much older ancestors that were intended to accomplish similar tasks or to work upon similar principles.  The late fifteenth century saw the advent of "organ guns," so called because of their visual similarity to church organs.  These devices consisted of multiple barrels

fixed to a single stock, or more often to a wheeled carriage.  They were made so that a single ignition traveled through passages cut in the rears of the barrels, firing each in succession.  Some employed a "roman candle" technique.  These devices must have been as cumbersome to employ and as slow to reload as they were spectacular to watch when fired.

67.     In 1861, Richard Gatling patented a hand-cranked, revolving, rapid-fire weapon that is widely credited as the first really successful "machine gun."  The term "machine gun" generally refers to a relatively complex (hence "machine") weapon capable of very rapid fire.  Richard Gatling's gun employed a revolver mechanism for a grouping of a half dozen barrels each with its own breech mechanism, all supported by a large-wheeled carriage.  The first Gatling Guns used a loose ammunition hopper, but this was later replaced with a detachable magazine system set above the breech.  These were of various shapes, including a round "drum" design and a flat curved "banana clip" magazine anticipating those found on later assault rifles.[5]  As each barrel revolved past the magazine, it picked up a cartridge that was then fired at the bottom of the rotation cycle.  The Gatling could be fired as fast as the handle could be cranked and empty magazines could be replaced.  One version, the Model 1883, was capable of firing as many as 1,500 shots per minute.

68.     The Gatling, however, and other similar models like it, would be pushed aside in a few short years by more automated versions.  Rather than relying upon cranks or handles to drive the firing system the next generation would be fully automatic.  Simply pressing a trigger caused the gun to spit out a rapid, continuous spray of bullets.

---

[5]     These were not, however, the first detachable magazines.  Those appeared in a bolt-action rifle known as the Lee-Metford, adopted by the British military in 1888, which used detachable 8-shot box magazines.

69.     These newer machine guns accomplished this task through somewhat different principles.  In each method, a by-product of the cartridge's explosion drove the mechanism of the gun.

70.     Perhaps the most lasting and revolutionary firearm of the late-nineteenth century was a machine gun developed by American, Hiram Maxim.  In the early 1880s, he began trying to develop an automatic firearm after reportedly being advised that the best way to get rich quick was to invent something to allow Europeans to kill each other more easily.

71.     When the propellant in a cartridge is ignited, the explosion does not travel exclusively down the barrel, but initially pushes outward in all different directions.  The metal barrel and the breechblock redirects much of this power to drive the bullet toward the muzzle. Some of this energy travels in the opposite direction, however, shoving the gun backwards into the shoulder of the firer.  This recoil is an old but highly unwelcome feature of most firearms.

72.     In 1885, Maxim perfected a machine gun in which the firing action was driven by each shot's recoil.  The backward thrust of a shot pushed both the barrel and the breechblock slightly backward, opening the latter long enough to allow the empty cartridge to fling itself out of the gun.  Fresh ammunition was fixed and ready to be fed into the side of the breechblock by means of a cloth ammunition belt.  Besides throwing open the breechblock, the force of the Maxim Gun's initial shot also operated a mechanism that pulled the belt into the breechblock and lined up a fresh round.  After the first empty cartridge was flung clear, a recoil spring helped push the breechblock back in place, driving a second cartridge from the belt into the breech and firing it too.  This process repeated itself as long as the weapon's trigger was held down. The Maxim could fire at a rate of about 500-600 rounds per minute.

73.     As popular as recoil-operated Maxims became and would continue to be, a second machine gun using a different system of automation made an appearance at the close of the century.  Instead of relying on the simple recoil power of the shot, American inventor John Browning tapped into the expansion power of the gas created when the cartridge's propellant ignited.  The end result was the Colt Model 1895 Automatic Machine Gun.  Browning's gun provided a relatively low rate of fire, only about 400 rounds per minute, but was lighter and more portable than other machine guns.

74.     Most new successful firearms of the twentieth century would employ some variation or combination of these recoil and/or gas operation systems, or a combination of the two, known as a "blowback" system.

**Turn of The Twentieth Century: Semi-Automatic Pistols**

75.     The pistol continued to be an object of experimentation and a new class of handguns that could keep firing without being cocked after each shot was developed around the turn of the twentieth century.  Because the trigger still had to be pulled for every round fired, these new handguns were not considered fully automatic like a machine gun, but rather semi-automatic.

76.     In 1893, German inventor, Hugo Borchardt designed an innovative gun for the firm Ludwig Leowe that contained some of the key elements found in modern semiautomatic pistols.  In particular, the weapon had a clever detachable magazine system hidden in the pistol grip.  Up to 8 cartridges were stacked up with one on top of the other and pushed upwards into the breechblock by a spring, much like other magazine-fed rifles.  In this case, however, the shooter was relieved of the duty of rechambering each shot as required in a lever-action or bolt-action gunlock.  This job was instead performed by a heavy spring mechanism set in a

semicircular housing in the rear of the pistol behind the magazine.  This was fixed to the bolt by a hinged arm or "toggle" designed to bend in an upward motion.  The recoil from the first shot drove back the breech block, recocked the firing pin, and threw out the empty cartridge, all before the rear spring reasserted itself and pushed the bolt back forward.  As it reclosed, it picked up a fresh cartridge from the magazine and drove it into the firing chamber.  In many ways, the system was very similar to that used in the Maxim, except the shooter had to pull the trigger after each shot.

77.     The Borchardt was a little delicate for field use and clumsy to handle.  Still, it was successful enough to drive a flurry of competitors into designing similar guns, including a variant produced by the Mauser Company in 1896, and another model made by Leowe but designed by George Luger, which was officially named the "Parabellum," but famously came to be known as the "Luger."  Luger kept the hinged toggle arm and the pistol-grip magazine of the Borchardt but changed most other elements of the gun.  He also modified the pistol to use a slightly larger, 9mm, cartridge.  The weapon was adopted by the German army in 1908.

78.     In the late 1890s, John Browning began putting together his own prototypes for semi-automatic pistols.  The guns used the detachable magazine system set in the pistol grip like the original Borchardt.  But the main recoil spring was not behind the bolt but rather ran alongside the barrel.  One of these designs, the Colt Model 1911, chambered for a large .45-caliber cartridge (larger than the 9mm), would remain the standard U.S. Army service pistol right into the 1980s.  Most new semiautomatic pistols today, whether made by FN, Colt, Beretta, or Glock, use a firing action design not far removed from Browning's originals.  (Magazine capacity, however, expanded drastically in the late twentieth and early twenty-first century with semi-automatic pistols now capable of holding fifteen cartridges or more in their magazines.)

## Twentieth Century: Submachine Guns

79.      Before and particularly throughout World War I, considerable efforts were made to produce a lighter, more portable, yet durable machine gun.  Fully automatic versions of both the Colt Model 1911 and Luger were experimented with, for example.  In the latter case, a special Luger pistol was designed for artillery personnel to use for close defense.  These were fitted with an 8-inch barrel, a carbine shoulder stock, and a special thirty-two-shot snail-shaped drum magazine that extended out below the handgrip.  This "artillery Luger" was not particularly effective when converted to fire in a fully automatic manner.  Like most machine guns, the recoil of one shot tended to spoil the aim of the next.  In a heavy, fixed weapon like the Maxim this was less of a problem, but the lightweight experimental Luger machine gun/pistol tended to spray bullets all over the place.  This phenomenon of "muzzle rise" has in fact been an ongoing challenge to designers of lightweight automatic weapons, one that has never been completely addressed.

80.      A more satisfactory firearm was developed in 1916, by a designer for the Theodor Bergmann Armament Company.  The gun cleverly used the same 9mm cartridge and snail magazine as did the artillery Luger.  It was also designed as a two-handed weapon from the ground up which allowed for better automatic-fire control.  The firearm was designated "Machine Pistol 18, I," when adopted by the German military in 1918, but came to be known simply as the "Bergmann."

81.      As with semiautomatic pistols, American designers were separately developing light machine guns around the same time.  During World War I, retired U.S. Army general John Thompson privately put together a team of engineers to develop a lightweight automatic weapon for use in the war.  He originally envisioned a larger caliber rifle, but when his designers advised

25

using pistol cartridges Thompson reportedly stated:  "Very well! We shall put aside the rifle for now and instead build a little machine gun.  A one-man, hand held machine gun.  A trench broom!"  Thompson subsequently coined the term "submachine" for his gun.

82.     Although the gun came to be widely manufactured by Colt in 1921, the US Army initially showed little interest in it.  Though it retailed for $200 in the 1920s, the new gun managed to find a civilian "niche market," as organizations of illegal alcohol dealers began using them in distribution disagreements with each other.  As a result, the "tommy gun" or "Chicago typewriter" made a big splash in the U.S. popular imagination.  Eventually the army adopted limited numbers of the gun as well.

83.     The Tommy gun differed from its continental cousins in a few notable respects.  Like the M1911, it used a larger, .45 caliber cartridge, rather than the 9mm preferred in Europe.  It was more rugged and dependable.  Nor did it use a single-piece carbine-like wooden stock, but instead had a metal frame with a separate wooden pistol grip and buttstock.  There was also a second pistol-type grip set closer to the muzzle for the shooter's other (non-trigger finger) hand.  The double pistol grips were intended to improve fire control.  Between these handholds, under the breech was a port that could accept several different magazines including fifty- and 100-round drum and twenty- and thirty-round straight box magazines.

84.     Experimentation continued with submachines guns for military use after and through World War II, resulting in many new and successful models.  Nevertheless, as successful as these compact automatic weapons had been, they would not predominate on the battlefield for long.  In spite of their television and cinema fame, in the second half of the century submachine guns like these were increasingly resigned to use by specialized military personnel, police, and more contemporary distributors of controlled substances.  Most regular line soldiers

26

were not issued guns like these.  Despite popular images, even in World War II most soldiers were dragging around bolt-action rifles that were little changed from the late nineteenth century, largely because submachine guns used pistol ammunition, which lacked the long-range accuracy and hitting power offered by longer-barreled rifles with more powder-charge in their cartridges.

85.     The weapon causing the demise of both the long-range bolt-action rifle and the speedy submachine gun was the automatic or "assault" rifle that came to incorporate many of the best features of both.

### Conclusion

86.     What's next in the lifestory of the firearm?  The American army is trying to revisit the ancient issue of accuracy in order to improve the firearm's potency.  A variety of high-tech optical scopes with range-finders and other features have been experimented with toward this end.  Some firms are seeking to increase a gun's power by including an option to fire explosive ammunition that does not even need to directly hit the enemy to inflict casualties.

87.     It seems unlikely, at present, that any groundbreaking designs will emerge.  The idea of blasting a projectile down a tube may stay around for a while, but we will need a radically different chemical propellant or even *type* of reaction if the basic potential of the firearm is to be significantly changed.  At the moment, it is hard to imagine the sudden appearance of anything dramatically futuristic like a ray gun, a phaser, or an explosive bolter. On the other hand, the flintlock system had remained predominate for well over a century before Forsyth created an entirely new ignition system while trying to weatherproof a simple duck-hunting gun.  This kind of breakthrough made by a Forsyth, or a Vielle, or a Maxim has happened in the past and could occur again.  A period of great firearms innovation must certainly have seemed less likely in 1800 than it did in 2000.  Furthermore, the ancient imperatives of

accuracy, power, and rate of fire remain as compelling as ever.  As long as people retain their desire to inflict harm at a distance, some version of the firearm will likely be around to perform that notorious service.

Executed on <u>11/22/2022</u>  at <u>Conway, Arkansas</u>

ROGER PAULY

# EXHIBIT A

# ROGER A. PAULY, PH.D.

*University of Central Arkansas• Conway, AR 72035*
*Office: (501)450-3158, rpauly@uca.edu*

## EDUCATION

DOCTOR OF PHILOSOPHY                                                          2000
*University of Delaware, Newark, DE*

    Dissertation Topic "Unnatural Selection: Victorian Evolutionary Anthropology
        and the Civilizing Mission"

    Fellowship, Department of History (2/95-5/95)

MASTER'S DEGREE                                                              1992
*Villanova University, Villanova, PA*
    Graduate Assistantship, Department of History (9/90-5/92)

BACHELOR'S DEGREE                                                           1988
*St. Olaf College, Northfield, MN*
    Cum Laude

    *Aberdeen University, Scotland, UK*                                  9/87-12/87

## TEACHING EXPERIENCE

DEPARTMENT OF HISTORY
*University of Central Arkansas, Conway, AR*

    ASSOCIATE PROFESSOR                                              7/10-PRESENT
    ASSISTANT PROFESSOR                                              8/05-7/10
    VISITING ASSISTANT PROFESSOR                                     8/01-7/05

DEPARTMENT OF HISTORY
*University of Arkansas at Little Rock, AR*

    ADJUNCT INSTRUCTOR                                               7/08-8/18

DEPARTMENTS OF HISTORY AND INTERNATIONAL PROGRAMS
*Manlius Pebble Hill Preparatory School, DeWitt, NY*

    CHAIR, TEACHER, INTERNATIONAL PROGRAM COORDINATOR                 8/98-6/01

DEPARTMENT OF HISTORY
*University of Delaware, Newark, DE*

    ADJUNCT FACULTY                                                  1/95-8/98
    TEACHING ASSISTANT                                               9/92-12/94

GRADUATE ASSISTANT                                                          9/90-5/92
*Villanova University, Villanova, PA*

# ROGER A. PAULY, PH.D.

*University of Central Arkansas• Conway, AR 72035*
*Office: (501)450-3158, rpauly@uca.edu*

## PUBLISHED WORKS

Pauly, Roger, "A Licensed Troubleshooter: James Bond as Assassin," in *The International Journal of James Bond Studies* 4 (May 2021) http://doi.org/10.24877/jbs.68

Pauly, Roger, "Paris to Pearl in Print: Arkansas's Experience of the March from the Armistice to the Second World War through the Newspaper Media." in *The War at Home: Perspectives on Arkansans' Experiences During World War I*, edited by Mark K. Christ, 191-214. Fayetteville: University of Arkansas Press, 2020.

Pauly, Roger, "The Portuguese Army of the Napoleonic Wars" Warlord Games, Nottingham, UK http://www.warlordgames.com/articles/, 2018

Pauly, Roger, Review of *Ruling Minds: Psychology and the British Empire* by Erik Linstrum. *History: Reviews of New Books,* 2017.

Pauly, Roger, "Locks, Stocks, and Barrels: the History of the American Firearms Industry" in *Guns and Contemporary Society: The Past, Present, and Future of Firearms and Firearm Policy*, Volume I, edited by Glenn H. Utter, 111-138. New York: ABC Clio, 2016.

Pauly, Roger and Sarah Charton, eds., *A Textual Journey of Modern History.* Plymouth: Hayden-McNeil, 2011.

Pauly, Roger and Chris Craun, eds., *A Textual Journey of Ancient and Medieval History.* Plymouth: Hayden-McNeil, 2011.

Pauly, Roger, *Historic Faulkner County: An Illustrated History.* San Antonio: Historical  Publishing Network, 2011.

Pauly, Roger, "Marcus Garvey" in R. Kent Rasmussen, ed., *Historical Encyclopedia of American Business* (Pasadena: Salem Press), 2009.

Pauly, Roger, Review of *Queen Victoria's Skull: George Combe and the Mid-Victorian Mind* by David Stack. *History: Reviews of New Books,* 2009

Pauly, Roger, "Mau Mau Revolt" in Tracy Irons-Georges, ed., *Great Events in History; Modern Scandals* (Pasadena: Salem Press), 2008.

Pauly, Roger, *Firearms: The Lifestory of a Technology.* Baltimore: Johns Hopkins University Press, 2008.   (Paperback Reprint of Same Title Below.)

Pauly, Roger, "Mugabe's Rise to Power in Zimbabwe," "The Australian Constitutional Crisis of 1975," and "The Death of Samora Machel and Succession of Jaoqium Chissano in Mozambique," Chris Moose, ed., in *Great Events from History: The Twentieth Century, 1971-2000* (Pasadena: Salem

# ROGER A. PAULY, PH.D.

*University of Central Arkansas• Conway, AR 72035*
*Office: (501)450-3158, rpauly@uca.edu*

Press, 2008).

Pauly, Roger, Encyclopedic Entry, "Miami Vice," in Milton Berman, ed., *The Eighties in America*,
(Pasadena: Salem Press, 2008).

Pauly, Roger, "The Colonial Imperative: Nineteenth Century British Anthropology and the Civilizing
Mission." *Journal of Commonwealth Studies* special issue *Les Carnets du Cerpa*c, 2007.

Pauly, Roger, ed. *Voices of the Medieval and Ancient Worlds.* Dubuque: Kendall Hunt, 2006.
(revision of *Pathways to the Past* below).

Pauly, Roger, Encyclopedic entries "Led Zeppelin," "Pink Floyd," and "The Who,"
in John Super, ed., *The Seventies in America,* from (Pasedena: Salem Press, 2005).

Pauly, Roger, *Firearms: The Lifestory of a Technology.* Westport: Greenwood Publishing Group 2004.

Pauly, Roger, ed. *Pathways to the Past: A World History Reader.* Dubuque: Kendall Hunt, 2003.

Pauly, Roger, Encyclopedic entries "Lord Liverpool," "Thomas Babington McCaulay," and
"David Ricardo," in   Jeffrey Bell, ed., *Industrialization and Imperialism: A Biographical
Dictionary* from Greenwood Publishing Group, 2002.

## FORTHCOMING WORKS

(Fiction) Pauly, Roger and Trevor Pauly, "Smoke and Bull," *Between These Shores.* 5 (2021) Sheffield,
UK.

## PROFESSIONAL ON-LINE PUBLISHING

"Course Mate" on-line exercises for Chapters 1-20 of Adler and Pouwels, *World Civilizations,* 6th
Edition. Cengage/Wadsworth, 2010.

## PAPERS DELIVERED AT PROFESSIONAL MEETINGS

"The Rise and Spread of Early Firearms Technology."  2nd Annual Symposium on the History of
Chinese and Foreign Technology Exchange, Changsha, Hunan Province, China.  December 7,
2008

"A Scramble for Souls: The Victorian Church Missionary Society Militant in East Africa."
Western Conference of British Studies, Albuquerque, New Mexico, Novemeber 2, 2007

"The Old Brown Bess is Just What She Used to Be." Western Conference of British Studies, Dallas
Texas, October, 2006.

# ROGER A. PAULY, PH.D.

*University of Central Arkansas• Conway, AR 72035*
*Office: (501)450-3158, rpauly@uca.edu*

"How the Scales Fell *Into* Their Eyes: Evolutionary Anthropology and the Hierarchical Construction of Civilization" Western Conference of British Studies, Tucson, Arizona, November 1, 2003.

"Same Story, New Authors: The Repetition of Ethnological Motifs in Nineteenth-Century Anthropology." Western Conference of British Studies, Little Rock, Arkansas, October 4, 2002.

"A Superficial Divide: Racial Sentimentality in Victorian British Anthropology." Arkansas Association of College History Teachers, Hot Springs, Arkansas, October 3, 2002.

"A Savage Debate: Victorian Anthropology and the Periodical Press." Conference of The Research Society for Victorian Periodicals, Ann Arbor, Michigan, August 17, 2002.

"Two Sides of the Same Ethnological Coin: Evolutionary Anthropology Versus Scientific Racism." 24th Annual Meeting of CHEIRON: The International Society for the History of the Behavioral and Social Sciences, Eugene, Oregon, June 30, 2002.

## COMMITTEES CHAIRED AT PROFESSIONAL MEETINGS

"Asia and the Far East" Arkansas Association of College History Teachers, Little Rock, Arkansas, October 6, 2005.

"Modernist Visions in Twentieth Century Britain" Western Conference of British Studies, San Antonio, Texas, October 9, 2004.

## TELEVISION APPEARANCES

*American Guns: A History of US Firearms*, Commentator, Amazon Prime, January 1, 2017.

"Old State House Museum Civil War Symposium" Co-Presentation with Drs. Lorien Foote and Buck Foster, Presenter, CSPAN, October 8, 2011.

"Ground War: Warrior Weapons" Commentator, PBS, May 20, 2010.

## TELEVISION SUPPORT PROJECT

"The Demystified Zone." A weekly blog for the Arkansas Educational Television Network's Vietnam History Project, June-October 2017.

## RADIO FEATURES

"Drinking Water," "Tuberculosis Sanatorium," "Malaria," "Hookworm," "Influenza," "Tobacco,"

# ROGER A. PAULY, PH.D.

*University of Central Arkansas• Conway, AR 72035*
*Office: (501)450-3158, rpauly@uca.edu*

"STDs," "Local Public Health," "Minority Health," "Food Safety," "Emergency Preparedness" Written by Roger Pauly, Narrated by Paul Halverson, Director of the Arkansas Department of Health, Arkansas Public Health Story, KUAR Public Radio Little Rock, Various Broadcast Times, April-December 2014.

## NON-TELEVISION DOCUMENTARY APPEARANCE

"The Art of Marriage" Commentator, SkyGate Studios, June 18, 2010.

## AWARDS

University of Central Arkansas College of Liberal Arts Outstanding Faculty of the Year, 2012

University of Central Arkansas Teaching Excellence Award Finalist 2012

## GRANTS

"Lilies of the Jungle: The Church Missionary Society and the Colonial Mission" University of Central Arkansas Research Council Grant, c. $3,500, March 2008.

University of Central Arkansas Title III Classroom Technology Grant, c. $20,000 used to equip two classrooms each with an Interactive Whiteboard ('Smartboard') and a document camera, May 2005.

## COURSES TAUGHT

University of Central Arkansas
    HIST 1310 (World History I)
    HIST 1320 (World History II)
    HIST 2301 (American Nation I)
    HIST 2320 (Research Methods)
    HIST 3381 (American Military)
    HIST 3385 (World Military)
    HIST 4344 (Special Topics World Wars I & II)
    HIST 4365/5365 (History of Imperialism)
    HIST 4369/5365 (Victorian Britain)
    HIST 4370/5370 (Europe 1815-1914)
    HIST 6305 Selected Topics in Non-Western History

University of Arkansas at Little Rock
    HIST 1311 (History of Civilization I)

# ROGER A. PAULY, PH.D.

*University of Central Arkansas• Conway, AR 72035*
*Office: (501)450-3158, rpauly@uca.edu*

HIST 1312 (History of Civilization II)
HIST 3316 (Europe 1789-1914)
HIST 3323 (The British Empire)
HIST 4390 (Special Topics: The World Wars)

# ROGER A. PAULY, PH.D.

*University of Central Arkansas• Conway, AR 72035*
*Office: (501)450-3158, rpauly@uca.edu*

## ADMINISTRATIVE EXPERIENCE

DEPARTMENT OF HISTORY
ASSISTANT CHAIR                                                  08/06
-08/14

## DEPARTMENT LEVEL SERVICE ACTIVITIES

Faculty Affairs Committee, August 15, 2017-Present

Personnel Action Committee, June 1, 2010-Present

Assistant Department Chair, 2009-2014

Chair, Department Personnel Action Committee, 2011-2012.

Chair, Undergraduate General Education Committee, 2006-2015.

Chair, African History Position Search Committee, 2010-2011.

Presenter, UCA History Concurrent Enrollment Seminar, Summer 2007

Student Activities Committee, 2006-2007.

Chair, Asian History Position Search Committee, 2006-2007.

Schedule Assistant (Compensated 'Service' -Release Time Received) 2006-present.

General Education Coordinator (Compensated 'Service' -Release Time Received) 2005-present.

Faculty Co-Advisor, Phi Alpha Theta, Mu Chapter, 2002-2007.

University of Central Arkansas Bachelor of Education Majors Interview Committee, 2003-2006.

Presentation, "The Missionaries Positions" University of Central Arkansas, Department of History, October 3, 2006.

Department Representative, UCA Majors Fair, 2006.

Title III Grant Coordinator and Trainer 2005-2006 (Compensated 'Service' -Release Time Received).

Essay Evaluator, History Department Ophelia Fisher Award, March 2003.

# ROGER A. PAULY, PH.D.

*University of Central Arkansas• Conway, AR 72035*
*Office: (501)450-3158, rpauly@uca.edu*

## COLLEGE LEVEL SERVICE ACTIVITIES

Committee to Promote Liberal Arts, Fall 2015-Present

UAMS Liberal Arts Outreach Intiative (April 1, 2016-Present)

"A History of Faulkner County, Part I," Presentation to Conway Optimist Club, Fall 2015

"A History of Faulkner County, Part I," Presentation to Conway Morning Rotary, Fall 2015

Chair, College of Liberal Arts Curriculum Committee, 2008-2009.

Representative, College of Liberal Arts Curriculum Committee, 2006-2008.

Program Coordinator, Dr. Ken Hechler "Supermarine" Presentation, 10/23/2007

Spencer Family Scholarship Award Committee, Spring 2006.

## UNIVERSITY LEVEL SERVICE ACTIVITIES

Faculty Senate Representative for the College of Liberal Arts, Fall 2017-2020.

"So You Want to Rule Your World?" Presentation on the value of a college education to three classes at Greenbrier Junior High School, 2/7/17

"So You Want to Rule Your World?" Presentation on the value of a college education to three classes at Conway Junior High School, 10/26/16

"So You Want to Rule Your World?" Presentation on the value of a college education to three classes at Conway Junior High School, 2/25/16

"So You Want to Rule Your World?" Seven presentations on the value of a college education to the entire Morrilton High School, 11/12/15

International Club Scholarly Series, "Anthropology and Empire", 11/27/13

Co-Presenter, "Exploring Our World: Understanding China," UCA Workshop, 10/11/11

Co-Presenter, UCA Professional Development Series, "Personal and Professional Goals," 4/9/10

General Education Council, 2008-2011

# ROGER A. PAULY, PH.D.

*University of Central Arkansas• Conway, AR 72035*
*Office: (501)450-3158, rpauly@uca.edu*

Faculty-Presenter, Teaching the Middle East Workshop, Fall 2009

Faculty-Presenter, Humanities Fair, Fall 2008.

Representative, Assessment and Planning Committee, 2008-2009.

Representative, General Education Council, 2008-2009.

Faculty-Presenter, Teaching Asia Workshop, Fall 2008

Presenter, Academic Outreach "Reaching Challenging Students" Seminar, Fall 2007

Faculty-Presenter, UCA Humanities Fair, Spring 2007, Fall 2008

University of Central Arkansas Junior University Program, June 2003, 2004, 2005, 2006.

Facilitator, University of Central Arkansas Welcome Week Small Group Discussions, 2006, 2007

University of Central Arkansas Faculty Senate Scholars Committee, 2003-2006.

Participant, University of Central Arkansas Alumni Association "Trading Places" program, March 2004.

Faculty Participant, UCA Careers Day, 2002, 2003, 2004, 2005.

Panelist, University of Central Arkansas Honors College Interdisciplinary Research Forum, Fall 2002, Spring and Fall 2003.

University of Central Arkansas Student Orientation Staff Interview Committee, 2003, 2004.

## COMMUNITY SERVICE ACTIVITIES AS AN ACADEMIC PROFESSIONAL

Guest Speaker, Daughters of the American Revolution, Conway, AR, 5/19/2018

Interviewer, Library of Congress Veteran's Project, Batesville, AR, 5/15/2018

"The History of Faulkner County: Part II" Presentation to the Conway Morning Rotary Club, 2/4/2016

"The History of Faulkner County: Part I" Presentation to the Conway Morning Rotary Club, 11/3/2015

"The History of Faulkner County" Presentation to the Conway Optimists Club, 10/13/2015

Consulting Historian, The Arkansas Department of Health Centennial, 2013.

# ROGER A. PAULY, PH.D.

*University of Central Arkansas• Conway, AR 72035*
*Office: (501)450-3158, rpauly@uca.edu*

"The Army of the Potomac vs. The Army of the Tennessee: Musings on a Mystery" The Civil War Roundtable of Arkansas, 5/22/2012

"Popular Culture in Victorian Britain," Popular Culture in History Symposium, University of Central Arkansas, 10/15/2011

"Understanding China: Beyond the Economic Miracle of the Last Twenty Years," Co-Presentation with Dr. Jeff Allender, 10/11/2011

"Civil War Battles, The Dishonorable Men who Fought Them, and the Weapons They Used," Co-Presentation with Drs. Lorien Foote and Buck Foster, Arkansas Old Statehouse and the University of Central Arkansas, 8/20/2011 and 8/27/2011 respectively.

"The History of Faulkner County" Presentation, Conway PEO Meeting, 5/24/2011

"The History of Faulkner County" Presentation, Conway Lions Club Meeting, 3/8/2011

"The History of Faulkner County" Presentation, Faulkner County Retired Teachers Association Meeting, 2/15/2011

"From the Arquebuse to the Assault Rifle: The Evolution of Military Technology and the Interpretation of Warfare" UCA History Symposium, 8/9/2010

"The Frontline of the Cold War World: The Korean War and Its Place in History " Arkansas in the Forgotten War: The Korean War Remembered," The Butler Center for Arkansas Studies 5/22/2010

"Decolonization in the 20th Century" Presentation, Conway High School,  4/28/2010

"The History of Faulkner County" Presentation, Faulkner County Historical Society Open Meeting, 3/15/2010

Commentator, *Ground War: Firearms,* Granada/PBS Television, Post-production, Spring 2009

Scriptwriter, *Their Journey*, Arkansas Educational Television Network, 9/9/2007

Program Historian, "In Their Words" Program, Arkansas Educational Television Network, Spring 2006-Present.

Judge, Arkansas State History Day competitions, Spring 2002-2009

Judge, Central Arkansas Regional History Day competitions, 2002, 2003, 2004, 2005.

Co-Presenter, "Chemistry, Today and Yesterday" Conway High School East Class Presentation,

# ROGER A. PAULY, PH.D.

*University of Central Arkansas• Conway, AR 72035*
*Office: (501)450-3158, rpauly@uca.edu*

12/18/2006.

"The American Civil War," "Africa," and "Russia," Class Presentations, Jim Stone Elementary School, 2002, 2003, 2004.

## CONTRACTED TEXTBOOK REVIEWS

*World Civilizations* by Philip Adler and Randall Pouwels, reviewed for Cengage, April 2009.

*World History* by William Duiker and Jackson Spielvogel, reviewed for Thompon Wadsworth, September 2004.

*Patterns of World History,* authors unknown, reviewed for Longmans, March 2004.

*The World Since 1945: A View From the 21st Century* by David Fahey, reviewed for McGraw-Hill, June 2002.

*A Framework World History* by Kevin Reily and Robert Strayer, reviewed for McGraw-Hill, March 2002

## NON-ACADEMIC EMPLOYMENT

INDEPENDENCE BLUE CROSS
*Philadelphia, PA*

| | |
|---|---|
| AMERIHEALTH DE, PHYSICIAN REPRESENTATIVE | 1997-1998 |
| SUPERVISOR, QUALITY ASSURANCE PHYSICIAN CREDENTIALING | 1994-1997 |

KEYSTONE HEALTH PLAN EAST
*Bala Cynwyd, PA*

| | |
|---|---|
| MEMBER SERVICES REPRESENTATIVE | 1989-1991 |

# EXHIBIT B

lining up both sights with a target, the shooter increases her chance of hitting it. Some firearms utilize a telescopic variation.

**Smokeless powder.** These propellants were first developed in the nineteenth century based upon nitrocellulose. Technically speaking they do produce smoke, but not to the degree of older black powders.

**Smoothbore.** This can refer either to a barrel with no rifling or to a gun fitted with such a barrel.

**Snap-lock.** An early version of the flintlock firing mechanism. Like the flintlock, it too used the principle of flint striking steel to set off a powder charge.

**Stock.** The part of a firearm that is designed to be held and handled by the shooter. In more traditional firearms, the stock was often made from a single piece of wood, but in later weapons it might be composed of synthetic materials and be of a variety of designs. It often consists of a separate buttstock and fore stock.

**Submachine gun.** A two-handed firearm capable of automatic fire. Typically designed to use lower powered pistol ammunition. Sometimes called a machine pistol.

**Tiller.** The part of the crossbow that is grasped by the archer and that the bow is set perpendicular to. An important predecessor of the gunstock.

**Touchhole.** A hole drilled through the breech of the barrel through which an ignition travels in order to set off the main charge.

**Trajectory.** The path on which a bullet or other projectile travels through the air. Gun developers have typically tried to build weapons that fire with as "flat" or straight a trajectory as possible.

**Trigger.** The device on a firearm that ultimately causes it to discharge when pulled by a finger or otherwise engaged.

**Trigger guard.** A strip or band of metal that is fixed around the trigger in order to protect it from being damaged or accidentally pulled.

**Wheel lock.** An early modern ignition system that used a piece of flint set against a spinning metal wheel to set off a powder charge.

**Windage.** This refers to the difference between a projectile's diameter and the bore of a barrel. Expanding gases can slip through this gap past the bullet, similar to the co-viative principle. The term can also refer to the effect of wind on a projectile's trajectory.

# Bibliography

Albaugh, William, III, and Edward Simmons. *Confederate Arms.* Harrisburg, PA: Stackpole, 1957.

Anderson, Jervis. *Guns in American Life.* New York: Random House, 1984.

Armstrong, David. *Bullets and Bureaucrats: The Machine Gun and the United States Army, 1861–1916.* Westport, CT: Greenwood, 1982.

"Arquebuse and Matchlock Musket Page." http://www.geocities.com/Yosemite/Campground/8551/ (accessed February 21, 2004).

Ayalon, David. *Gunpowder and Firearms in the Mamlūk Kingdom: A Challenge to Medieval Society.* London: Valentine and Mitchell, 1956.

Barker, A. J., and John Walter. *Russian Infantry Weapons of World War II.* New York: Arco Publishing Company, 1971.

Batchelor, Peter, and Keith Krause. *2003 Small Arms Survey.* Oxford: Oxford University Press, 2003.

Black, Jeremy. *European Warfare, 1660–1815.* New Haven, CT: Yale University Press, 1994.

Blackmore, Howard. *Firearms.* London: Dutton Vista, 1964.

Boothroyd, Geoffrey. *The Handgun,* part 2. New York: Crown Publishers, 1970.

Bradley, Joseph. *Guns for the Tsar: American Technology and the Small Arms Industry in Nineteenth-Century Russia.* De Kalb: Northern Illinois University Press, 1990.

Brophy, Williams S. *The Krag Rifle.* Highland Park, NJ: Gun Room Press, 1985.

Brown, M. L. *Firearms in Colonial America*. Washington, DC: Smithsonian Institution Press, 1980.

Butler, David. *United States Firearms: The First Century*. New York: Winchester Press, 1971.

"C93 Borchardt Accessories." http://www.landofborchardt.com/C93_acc.html# MA (accessed February 21, 2004).

Chapel, Charles. *Guns of the Old West*. New York: Coward-McCann, 1961.

Childs, John. *Warfare in the Seventeenth Century*. London: Cassell, 2001.

Chinn, George. *The Machine Gun: Design and Analysis of Automatic Firing Weapons Systems*, vol. 4. Washington, DC: U.S. Government Printing Office, 1956.

Crosby, Alfred. *The Columbian Exchange*. Westport, CT: Greenwood Press, 1972.

———. *Throwing Fire: Projectile Technology through History*. New York: Cambridge University Press, 2002.

Croxall, Ian. "Snider Rifle 1867." http://www.britishempire.co.uk/forces/army armaments/rifles/sniderhistory.htm (accessed February 21, 2004).

Davis, William. *The Fighting Men of the American Civil War*. New York: Smithmark, 1991.

Diamond, Jared. *Guns, Germs, and Steel*. New York: Norton, 1997.

Diaz, Bernal. *The Conquest of New Spain*. Translated by J. M. Cohen. Harmondsworth, UK: Penguin Books, 1963.

Doyon, Keith. "Military Rifles in the Age of Transition." http://militaryrifles.com/ (accessed February 21, 2004).

Dupuy, Trevor. *The Evolution of Weapons and Warfare*. Indianapolis, IN: Bobbs-Merrill, 1980.

Edwards, William. *Civil War Guns*. Harrisburg, PA: Stackpole, 1962.

———. *The Story of Colt's Revolver*. Harrisburg, PA: Stackpole, 1953.

Ellacott, S. E. *Guns*. New York: Roy Publishers, 1966.

Ellis, John. *Cavalry: The History of Mounted Warfare*. New York: G. P. Putnam's Sons, 1978.

———. *The Social History of the Machine Gun*. Baltimore: Johns Hopkins Press, 1986.

"Firearms: Muskets, Rifles and Carbines." http://www.researchpress.co.ukfirearms/ firearms.htm (accessed February 21, 2004).

Freemantle, T. F. *Evolution of Guns and Rifles*. Washington, DC: Arkanss, 1965.

Fuller, Claud. *The Breechloader in Service 1816–1917: A History of All Standard and Experimental U.S. Breechloading and Magazine Shoulder Arms*. New Milford, CT: Flayderman and Company, 1965.

Given, Brian. *A Most Pernicious Thing: Gun Trading and Native Warfare in the Early Contact Period*. Ottawa: Carleton University Press, 1994.

Gluckman, Arcadi. *United States Muskets, Rifles, and Carbines*. Buffalo, NY: Otto Ulbrich Company, 1948.

Gorshkov, Nikolai. "Russian Producer Wins Kalashnikov Rights." *BBC News* world edition, June 2, 2001. http://news.bbc.co.uk/2/hi/europe/2021173. stm (accessed February 22, 2004).

Greener, W. W. *The Gun and Its Development*. New York: Bonanza Books, 1967.

"Gunpowder and Weapons of the Late Fifteenth Century." http://xenophongroup .com/ /montjoie/gp_wpns.htm (accessed February 21, 2004).

*Guns and Gunfighters*. New York: Bonanza Books, 1982.

"Guns of the Austrian Firm Steyr." http://trans.voila.fr/and?anolg=6S544& anoul=http%3A//users.skynet.be/HL-Editions/rodi/rodi1.htm (accessed February 21, 2004).

Hallahan, William. *Misfire: The History of How America's Small Arms Have Failed Our Military*. New York: Scribner's, 1994.

Hamilton, Douglas. *Cartridge Manufacture*. New York: Industrial Press, 1916.

"Handgonnes and Matchlocks: A Preliminary Essay in the History of Firearms to 1500." http://homepages.ihug.com.au/~dispater/handgonnes.htm (accessed February 21, 2004).

Hardy, Robert. *Longbow: A Social and Military History*. London: Bois d'Arc, 1992.

Hatch, Alden. *Remington Arms in American History*. New York: Rinehart and Company, 1956.

Haven, Charles, and Frank Belden. *A History of the Colt Revolver*. New York: Bonanza Books, 1940.

Headrick, Daniel. *The Tools of Empire: Technology and European Imperialism in the Nineteenth Century*. New York: Oxford University Press, 1981.

Held, Robert. *The Age of Firearms*. Northfield, IL: Gun Digest, 1970.

Hefner, William. *The Gun That Made the Twenties Roar*. London: MacMillan Company, 1969.

Hicks, James. *U.S. Firearms 1776–1956: Notes on Ordnance*, vol. 1. Beverly Hills, CA: Fadco Publishing Company, 1957.

———. *What the Citizen Should Know about Our Arms and Weapons*. New York: W. W. Norton, 1941.

Hobart, F.W.A., ed. *Jane's Infantry Weapons 1975*. London: Jane's Yearbooks, 1975.

Hogg, Ian. *The Story of the Gun*. New York: St. Martin's Press, 1996.

Hughes, B. P. *Firepower: Weapons Effectiveness on the Battlefield*. New York: Sarpedon, 1997.

Huntington, Roy. *Hall's Breechloaders*. York, PA: George Shumway, 1972.

Kaiser, Robert. "The Medieval English Longbow." *Journal of the Society of Archer Antiquaries* 23 (1980). http://www.student.utwente.nl/~sagi/artikel/long bow/longbow.html (accessed February 22, 2004).

Keegan, John. *A History of Warfare*. New York: Vintage, 1994.

Keen, Maurice, ed. *Medieval Warfare: A History*. New York: Oxford University Press, 1999.

Kennedy, Paul. *The Rise and Fall of the Great Powers: Economic Change and Military Conflict from 1500 to 2000*. New York: Random House, 1987.

Lazenby, David. "Cannons: That Diabolic Instrument of War." 1999. http://www. middelaldercentret.dk/english/cannon2.htm#eksemplarer (accessed February 21, 2004).

Case 1:22-cv-02256-RC   Document 17-8   Filed 11/23/22   Page 44 of 45

Lenk, Torsten. *The Flintlock: Its Origin and Development.* Translated by G. A. Urquart. Edited by J. F. Hayward. New York: Bramhall House, 1965.

Leseman, Jeff. "History and Development of the M1911/M1911A1 Pistol." http://www.sightm1911.com/lib/history/hist_dev.htm (accessed February 21, 2004).

Lugs, Jaroslav. *A History of Shooting.* Feltham, UK: Spring Books, 1968

"M16A2 5.56mm Semiautomatic Rifle." http://www.fas.org/man/dod-101/sys/land/m16.htm (accessed February 22, 2004).

Machiavelli, Niccòlo. *The Seven Books on the Art of War.* 1520. Transcribed into HTML by Steven Thomas for the University of Adelaide Library, 2003. http://etext.library.adelaide.edu.au/m/m149a/ (accessed February 23, 2004).

"Machinepistole 18, 1." http://www.cruffler.com/historic-july00.html (accessed February 22, 2004).

Marcot, Roy. *Spencer Repeating Arms.* Irvine, CA: Northwood Heritage Press, 1983.

Martin, Paul. *Armour and Weapons.* London: Herbert Jenkins, 1967.

McNeil, William H. *The Pursuit of Power.* Chicago: University of Chicago Press, 1982.

Neal, W. Keith, and D.H.L. Back. *The Mantons: Gunmakers.* New York: Walker and Company, 1966.

Needham, Joseph. *Science and Civilization in China,* vol. 5. New York: Cambridge University Press, 1986.

Newman, James. *The Tools of War.* New York: Doubleday, Duran and Co., 1942.

North, Anthony, and Ian Hogg. *The Book of Guns and Gunsmiths.* London: Quarto, 1977.

O'Connor, Jack. *The Rifle Book.* New York: Alfred Knopf, 1964.

Owen, J.I.H., ed. *Brassey's Infantry Weapons of the World, 1950–1975.* New York: Bonanza, 1975.

Pacey, Arnold. *Technology in World Civilization.* Cambridge, MA: MIT Press, 1990.

Parker, Geoffrey. *The Cambridge Illustrated History of Warfare.* New York: Cambridge University Press, 1995.

———. *The Military Revolution.* New York: Cambridge University Press, 1988.

Partington, J. R. *A History of Greek Fire and Gunpowder.* Baltimore, MD: Johns Hopkins University Press, 1999.

Perrin, Noel. *Giving up the Gun: Japan's Reversion to the Sword.* Boulder, CO: Shambhala, 1980.

Peterson, Harold. *Pageant of the Gun.* Garden City, NY: Doubleday, 1967.

Peterson, Harold, and Robert Elman. *The Great Guns.* New York: Grosset and Dunlap, 1971.

"Photogallery of World War 2, Vapenmenu." http://ww2photo.mimerswell.com/ (accessed February 22, 2004).

Pope, Dudley. *The Great Gunsmiths.* New York: Spring Books, 2004).

Popenker, Max. "Modern Firearms and Ammunition." http://world.guns.ru/main-e.htm (accessed February 21, 2004).

"Pyrotechnics, Explosives and Fireworks." http://www.rocketsite.net/pyro.html (accessed February 21, 2004).

Reid, William. *Arms through the Ages.* New York: Harper and Row, 1976.

———. *The Lore of Arms: A Concise History of Weaponry.* New York: Facts on File, 1984.

"REME: The Corps of the Royal Electrical and Mechanical Engineers Museum of Technology Weapons Collection." http://www.rememuseum.org.uk/arms/armindex.htm (accessed February 21, 2004).

Ross, Steven. *From Flintlock to Rifle.* London: Associated University Press, 1979.

Ruffell, Wally. "The Gun: Rifled Ordnance." 1997, http://riv.co.nz/rnza/hist/gun/rifled1.htm (accessed January 28, 2004).

Russell, Carl. *Guns on the Early Frontiers.* Berkeley: University of California Press, 1957.

Shepard, G. A. *A History of War and Weapons, 1660 to 1918.* New York: Thomas Crowell, 1972.

"The Smith and Wesson Story." http://www.smith-wesson.com/custsupport/story.htm (accessed February 21, 2004).

Smith, Graham, ed. *Military Small Arms.* London: A Salamander Book, 1996.

Smith, Merritt Roe. *Harpers Ferry Armory and the New Technology: The Challenge of Change.* Ithaca, NY: Cornell University Press, 1977.

Sunnall, Al. "The Colt Model 1895 Automatic Machine Gun." http://www.spanamwar.com/Colmachinegun.htm (accessed February 21, 2004).

Taller, Frank. *War and Society in Early Modern Europe.* New York: Routledge, 1992.

Taylor, Chuck. "The M-1 Garand." *SWAT Magazine* (November 1982), http://www.pattonhq.com/garand.html (accessed February 22, 2004).

Thornton, John. *Warfare in Atlantic Africa, 1500–1800.* London: UCL Press, 1999.

Trenk, Richard. "The Plevna Delay: Winchesters and Peabody-Martinis in the Russo-Turkish War." *Man at Arms Magazine* (August 1997). http://www.militaryrifles.com/Turkey/Plevna/ThePlevnaDelay.html (accessed February 21, 2004).

Wahl, Paul, and Donald Toppel. *The Gatling Gun.* New York: Arco Publishing Company, 1965.

Warder, Bill, and Jill Loux. "History of Armor and Weapons Relevant to Jamestown." 1995. http://www.nps.gov/colo/Jthanout/HisArmur.html (accessed February 21, 2004).

Wilkinson, Frederick. *Firearms.* London: Camden House Books, n.d.

———. *Flintlock Pistols: An Illustrated Reference Guide to Flintlock Pistols from the 17th to the 19th Century.* London: Arms and Armour Press, 1976.

Williamson, Harold. *Winchester: The Gun That Won the West.* Washington, DC: Combat Forces Press, 1952.

Young, Peter. *The Fighting Man: From Alexander the Great's Army to the Present Day.* New York: Routledge Press, 1981.