# EXHIBIT M

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ANDREW HANSON**, *et al.*,<br><br>    **Plaintiffs**,<br><br>    v.<br><br>**DISTRICT OF COLUMBIA**, *et al.*,<br><br>    **Defendants**. | **Civil Action No. 1:22-cv-02256-RC** |

## <u>DECLARATION OF KEVIN M. SWEENEY</u>

Pursuant to 28 U.S.C. § 1746, I, Kevin M. Sweeney, declare and state as follows:

1.      I am over the age of eighteen (18) years, competent to testify to the matters contained in this declaration, and testify based on my personal knowledge and information.

2.      I am a Professor of History *emeritus* at Amherst College.  From 1989 to 2016, I taught history and American Studies at Amherst.  I regularly offered courses on colonial American history, the era of the American Revolution, and early American material culture, which focused on studying the production and use of home furnishings and other artifacts dating from the 1600s, 1700s, and early 1800s.  My current research on seventeenth and eighteenth-century firearms and militias utilizes similar types of methodologies, documentary sources, and period artifacts.  This project, which has been going on for over a decade, has produced academic papers given at the annual meetings of the American Historical Association and the Organization of American Historians, at conferences on firearms and society at Stanford and Wesleyan Universities, and elsewhere, and two published essays "Firearms Militias, and the Second Amendment" (2013) and "Firearms Ownership and Militias in Seventeenth- and

Eighteenth-Century England and America" (2019).  My curriculum vitae, detailing my education, experience, and publications, is attached to this declaration as **Exhibit A**.

3.      I have been retained by the District of Columbia to provide an expert opinion on repeating firearms in eighteenth-century America.  I make this declaration on the basis of my training, professional expertise, and research.  For my work in this case, I am being compensated at a rate of $50 per hour.

4.      During the 1700s, most gun owners in the British American colonies and in the newly independent republic of the United States possessed and used single-shot, muzzle-loading, flintlock firearms.  As Harold Peterson stated in his classic 1956 book—*Arms and Armor in Colonial America, 1526-1783*—"The period began in 1689 with the muzzle-loading smooth-bore musket and pistol as the most popular weapons.  In 1783, almost a hundred years later, the period ended with the same weapons still supreme, and without even any notable improvements in their design or construction."[1]  Peterson continued "Breech-loaders and repeaters had appeared frequently on the scene but had made little impression upon it."[2]

5.      Evidence compiled during a decade of research using eighteenth-century probate inventories, militia muster lists, newspapers, and other documentary sources confirms the validity of Peterson's basic conclusions while offering three minor modifications.  First, these weapons described by Peterson were still "supreme" in 1800 and probably as late as 1810.  Second, most muzzle-loading, flintlock long arms that were privately owned and used during this period were not muskets, but lighter firearms that were usually cheaper and had narrower bores than did muskets.  Finally, it would more accurate to say that repeaters had *occasionally*

---

[1]      Harold L. Peterson, *Arms and Armor in Colonial America 1526-1783* (Harrisburg, Penn.: Stackpole Publishing 1956), 221.

[2]      Ibid, 221.

appeared on the scene and not "frequently" as Peterson believed.  Here, he was probably misled

by the preference that private collectors and institutional collections had (and still have) for

obtaining rare examples of unusual or innovative firearms.

## I.    Firearms Owned by Eighteenth Century Americans

6.    Today, we tend to refer to any muzzle-loading eighteenth-century gun as a

musket, and this is what Peterson did in the statement quoted above.  However, Peterson knew

better, as did Ben Franklin.  In the mid-1740s, Franklin informed the readers of his Philadelphia

newspaper that a "Musket" was "the Name of a particular Kind of Gun."[3]  An eighteenth-century

musket was a sturdy, muzzle-loading military firearm that fired a single lead ball weighing about

an ounce, had a sling for ease of carrying on long marches, and had a lug near the muzzle for

attaching a bayonet.  It weighed about 10 to 11 pounds and was .69 caliber in its bore if French

or .75 caliber if English, with an average barrel length of 44 inches.[4]  Because of this fact,

colonial governments and later state governments had to scramble to obtain enough muskets to

arm troops raised during the French and Indian War (1754-1763) and the Revolutionary War

(1775-1783).  The British Ordnance Office loaned colonial governments 22,000 muskets to arm

provincial troops raised during the French and Indian War, and at least 100,000 European

muskets—most of them French—were imported during the American War for Independence.[5]

---

[3]    "Form of Association" in *The Papers of Benjamin Franklin*, ed., Leonard W. Labaree, et al., 40 volumes to date (New Haven: Yale University Press, 1959-), Vol. 3, 208.

[4]    Author's estimate of barrel averages calculated from data found in George C. Neumann, *Battle Weapons of the American Revolution*, (Texarkana, Texas: Scurlock, 1998), 121–141.

[5]    De Witt Bailey, *Small Arms of the British Forces in America 1664-1815* (Woonsocket, R.I.: Mowbray, 2009), 120–123; George D. Moller, *American Military Shoulder Arm*s, 2 volumes (Albuquerque, N.M., 2011), Vol. 1, Appendix 5, 484–485.

7.      As a rule, American colonists preferred lighter firearms that were better suited than muskets for pest control, birding, or hunting.  Especially popular in New England were locally made or imported smoothbore fowlers and fusils that weighed only 6 to 7 pounds and had narrower bores of .60 to .65 caliber, with average barrel lengths of 50 inches.[6]  The narrower bores used smaller and lighter projectiles, required less powder for each shot, and thus reduced the weight of the lead ammunition one carried.[7]

8.      Many residents living in the colonies stretching from New York to Virginia owned "trade guns."  These were cheap, muzzle-loading, single-shot, smooth-bore firearms originally designed and produced for trade with Native Americans.  Some of these guns weighed as little as 5.5 pounds, had bores of .57 to .62 caliber, and barrels only 36 to 40 inches long.[8]  Because of these features, they were much easier to handle than a musket and employed about half the weight of lead and powder that a musket did for each shot.

9.      In the backcountry of Pennsylvania and the colonies further south there was a distinct minority of men who owned more expensive locally made long rifles.  As a rule, these firearms weighed from 7 to 8 pounds, had .58 to .62 bores—though some were even smaller— barrels averaging 42 inches in length, and fired projectiles weighing much less than musket

---

[6]      Author's estimate of barrel averages calculated from data found in Neumann, *Battle Weapons of the American Revolution*, 150–166.

[7]      Steven C. Eames, *Rustic Warriors: Warfare and the Provincial Soldier on the New England Frontier, 1689-1748* (New York: New York University Press, 2011), 121–122; Neumann, *Battle Weapons of the American Revolution*, 206–210.

[8]      M. L. Brown, *Firearms in Colonial America: The Impact on History and Technology 1497-1792* (Washington, D.C.: Smithsonian Institution Press, 1980), 283; Neumann, *Battle Weapons of the American Revolution*, 202–205.

balls.[9]  Because of the barrel's rifling, these guns were more accurate than smoothbore muskets and outranged them.  However, they took more time to reload and reloading became harder as gunpowder residue built up in the grooves of the barrel's rifling.[10]

10.     Muzzle-loading pistols were not as popular as long arms which—as experts have pointed out—"could economically be used dually for protection and hunting."[11]  Pistols were therefore found in only a minority of eighteenth-century probate inventories (Table 1).  It took about 15 seconds to reload a pistol, and because of this fact, they were often made in pairs "so that the owner might have two shots at his command."[12]  Instead of taking time to reload a pistol on a battlefield, cavalry troopers used discharged pistols as clubs or threw them at enemy cavalrymen. [13]  As it was, period pistols were discharged in close proximity to their targets, because their low muzzle velocity of 330-440 f/s limited the range and impact of their projectiles.  By comparison, muzzle velocities produced by reproductions of eighteenth-century muskets (780 f/s to 870 f/s), fowlers (1160 f/s to 1444 f/s) and rifles (1195 f/s to 1320 f/s) are much higher.[14]

---

[9]      Author's estimate of barrel averages calculated from barrels lengths of individual muskets given in Neumann, *Battle Weapons of the American Revolution*, 215–225.

[10]      John W. Wright, "The rifle in the American Revolution*," American Historical Review* Vol. 29, No. 2 (January 1924), 293–299.

[11]      Jeff Kinard, Pistols: *An Illustrated History of their Impact* (Santa Barbara, CA: ABC-CLIO, 2004), 45.

[12]      Harold L. Peterson, *Treasury of the Gun* (New York: Golden Press, 1962), 189.

[13]      For use of muzzle-loading pistols as clubs and missiles on battlefields see C. H. Firth, *Cromwell's Army* 2nd. e.d (Oxford: Oxford University Press, 1911), 142; David Blackmore, *Arms & Armour of the English Civil Wars* (London: Royal Armouries, 1990), 49.

[14]      Douglas D. Scott, et al, "Colonial Era Firearm Bullet Performance: Alive Fire Experimental Study for Archaeological Interpretation" (April 2017), 26, 36; Douglas D. Scott, et al. "Firearm Bullet Performance: Phase II, Live Fire Experimental Study for Archaeological Interpretation," 31.  Both reports are available online.

11.     Civilian officials and military officers generally had a low opinion of these popular firearms, including the period's long rifles.  During the French and Indian War, firearms in use in New Hampshire were said to be "in general of the meanest Sort" while those in Connecticut "which belong to private persons [were] mostly poor and undersized and unfit for an expedition."[15]  In 1756, most of New York's militia were armed with guns "chiefly for the Indian Trade," and not muskets.[16]  Later, George Washington referred to such smoothbore long arms as "trash or light arms."[17]  Over the course of the Revolutionary War, he and his officers also phased out the use of rifles in the Continental Army, rearming soldiers with muskets fitted with bayonets.[18]  Governor Thomas Jefferson characterized most of the privately owned smoothbore guns carried by his state's militiamen, as "such firelocks [i.e. flintlocks] as they had provided to destroy noxious animals which infest their farms."[19]

12.     Data drawn from the probate inventories of 3178 males who died during the second half of the eighteenth-century confirm these period observations concerning the preferences of American gun owners.  These sources can be particularly useful and quite reliable for assessing the preferences of period gunowners for different types of firearms.  Even cursory

---

[15]     "Blair Report on the State of the Colonies" in Louis K. Koontz, *The Virginia Frontier, 1754-1763* (Baltimore: The Johns Hopkins Press, 1925), 170, hereafter cited as the "Blair Report"; Governor Thomas Fitch to Sir Thomas Robinson, August 1, 1755 in *Collections of the Connecticut Historical Society*, Vol. 1, 265–266.

[16]     "Blair Report," 171.

[17]     General George Washington to Gentlemen, Morris Town, Feb. 7, 1777 in Nathaniel Bouton, ed., *Documents and Records Relating to the State of New Hampshire during the Period of the Revolution from 1776 to 1783* (Concord, N.H.: Edward A. Jenks, State Printer, 1874), Vol. 8, 485.

[18]     Wright, "Rifle in the American Revolution," 297–298.

[19]     Thomas Jefferson, *Notes on the State of Virginia*, edited by William Pedue (New York: W. W. Norton, 1982), 88.

descriptions of firearms as "a gun" can be revealing when combined with the price that individuals taking the inventory assigned.  Most guns in the inventory were long arms valued at £1 (i.e. 20 shillings), which was the usual cost of a single-shot muzzle-loading firearm.  Such weapons would have been affordable given the fact that a daily wage during the period for unskilled day labor was usually varied between 1 and a half and 2 shillings.  While there was an obvious preference for long arms, guns clearly identified as muskets and rifles constituted a minority of such weapons.

**Table 1: Firearms in Probate Inventories of Male Decedents Filed between 1740-1800**

| Region | Number of Sampled Male Inventories | Percentage of Inventories with Firearms | Percentage of Inventories with Muskets | Percentage of Inventories with Rifles | Percentage of Inventories with Pistols |
|---|---|---|---|---|---|
| New England 1740-1798 | 1057 | 46.1% | 0.8% | 0.0% | 2.8% |
| New York and New Jersey 1740-1798 | 569 | 35.0% | 0.2% | 0.5% | 5.8% |
| Pennsylvania 1740-1797 | 485 | 39.9% | 0.3% | 0.8% | 5.6% |
| Maryland and Virginia 1740-1797 | 632 | 58.4% | 1.3% | 5.1% | 9.0% |
| South Carolina 1740-1797 | 435 | 63.2% | 2.9% | 0.9% | 20.0% |

 **Sources: The sources for the probate inventories used is this table can are listed in Kevin M. Sweeney, "Firearms Ownership and Militias in Seventeenth- and Eighteenth-Century England and America" in Jennifer Tucker, Barton C. Hacker, and Margaret Vining, eds., *A Right to Bear Arms? The Contested History in Contemporary Debates on the Second Amendment* (Washington, D.C.: Smithsonian Press, 2019), 70-71.**

13.     The more expensive guns found in these 3178 eighteenth-century probate inventories were also likely to be some type of muzzle-loading, single-shot long arms.  As a rule, rifles were valued at £2 to £3, which was two or three times the cost of common muzzle-loading

7

smoothbore long arms.  Expensive smoothbore weapons were likely to be imported fowlers or guns ornamented with silver mountings.  Occasionally, one sees double barreled guns which, along with a pair of pistols, were the period's more realistic provision for being able to readily discharge more than one shot.  Even more rare were references to custom-made firearms such as a left-handed gun.  Nothing found in the almost 3200 probate inventories contained in the database used to construct Table 1 can be identified as a repeating firearm.

## II.   References to Repeating Arms in Eighteenth Century Media

14.     Information drawn from 1170 eighteenth-century advertisements and news reports found in *America's Historical Newspapers*—a searchable database of 5000 newspapers—tells much the same story.[20]  The search turned up 480 different newspaper advertisements for wholesalers and retailers which indicate the types of firearms that were available for purchase. Another 132 personal advertisements for lost, stolen, or found guns and 96 notices of public auctions provide further insight into the kinds guns that residents actually possessed.  News reports of 233 accidents describe firearms that were used and abused while hunting, attending militia musters, shooting vermin, and engaging in reckless horse play with guns that unexpectedly turned out to be loaded.  Tragically, these reports also recount accidental discharges of loaded guns that were stored or left lying about inside eighteenth-century homes. Reports on 167 homicides and attempted homicides and on 62 robberies reveal the types of firearms employed in activities considered to be criminal.  All told, these 1170 newspaper sources contained 1648 references to firearms.

15.     So, how common were repeating firearms in eighteenth-century America?  The short answer is not very common; they were in fact extraordinarily rare.  Among the 1648

---

[20]     *America's Historical Newspapers* (Chester, VT: Readex, 2004).

references to guns uncovered in the 1170 eighteenth-century newspaper advertisements and news reports on crime only 6 contained references to repeating firearms.  To this total can be added 3 more news reports that mentioned repeating firearms that were not related to criminal activities and were therefore not included in the total of 1170.  To this information discovered by searching period newspapers can be added one more well-known instance of an unpublicized demonstration of a repeating firearm that took place in Philadelphia in April of 1777.  This makes a total of 10 references to eighteenth-century repeaters in period sources.

16.    What do these period references to repeating firearms tell us about their features and practicality, how they were employed, how they were regarded, and why they remained relatively uncommon in eighteenth-century America?  The earliest newspaper reference to a repeating firearm is reported in the *Boston News-Letter* of September 12, 1723:  "Delegates from several Nations of Indians were Entertained with the sight of a Gun which has but one Barrel and one Lock," but fired "Eleven Bullets successively in about Two Minutes" after being loaded only once.  This firearm was made by John Pimm, a Boston gunsmith, who was active in the 1720s, but had died by 1730.  This gun was not being offered for sale; no examples of a repeating long-arm by Pimm survive; it was a novelty.  There is, however, a six-shot revolver with a flint ignition system made by John Pimm in the collection of the Cody Firearms Museum at the Buffalo Bill Center of the West.[21]

---

[21]    John Pimm's 1715 revolver with a hand rotated cylinder and flint ignition system bears an apparent resemblance to a modern Smith and Wesson .38 caliber revolver.  Brown, *Firearms in Colonial America*, 255–256.  Cut into the rotating cylinder were six chambers into which a small amount of gunpowder and a ball could be placed.  The shooter rotated by hand the cylinder to align one of the chambers with both the barrel and firearm's hammer which held a flint.  The shooter then slid open the priming vent on the cylinder for the chamber aligned with the hammer and the barrel.  He then pulled back the hammer by hand.  Finally, pulling the trigger caused the hammer to strike the metal frizzen with the flint, creating a flash which entered the open vent on the cylinder and set off the powder in the chamber and discharged the ball.  To fire again, the

17.     The next newspaper reference is contained in an advertisement in the March 2,

1730 issue of Boston's *New-England Weekly Journal*.  It was for a firearm employing an

uncertain type of mechanism that made it possible to fire a succession of twenty projectiles "at

once Loading."  This advertisement also makes clear the novelty of such a repeating firearm.

Samuel Miller, a Boston gunsmith, was charging Boston residents 9 pence each just to see the

gun and 2 shillings—about the equivalent of a day's wage for unskilled labor—to see it fired.

Basically, this gun was being used in an eighteenth-century version of a sideshow.  There is no

indication that Miller was producing or selling such firearms.

18.     However, in the *Boston Gazette* for April 12, 1756, gunsmith John Cookson

(1674-1762) advertised for sale a gun capable of firing 9 bullets in rapid succession.  It was "A

handy Gun of 9 pounds and a half Weight; having a Place convenient to hold 9 Bullets, and

Powder for 9 Charges and 9 Primings; the said Gun will fire 9 Times distinctly, as quick, or slow

as you please, which one turn with Handle of the Said Gun, it doth charge the Gun with Powder

and Bullet, and doth prime and shut the Pan, and cock the Gun."  The advertisement provides a

---

shooter again rotated by hand the cylinder to align a loaded chamber with the barrel and hammer
and repeated the process outlined above.  Primm's pistol could deliver six shots after being
loaded once, but it was not a rapid-fire weapon and it took time to reload the individual chambers
with powder and ball.

Similar pistols and long arms with revolving cylinders moved by hand first appeared in
Germany between 1490-1530.  Brown, *Firearms in Colonial America*, 50.  However, they
remained rare, expensive, and suffered from mechanical problems because of the inability of
gunsmiths to fit together the moving parts with enough precision to prevent loose powder from
jamming the cylinder or producing an accidental discharge of the six chambers simultaneously.
Brown, *Firearms in Colonial, America*, 50–51; Graeme Rimer, et al., *Smithsonian Firearms: An
Illustrated History*, (New York: D. K. Publishing 2014), 56.  The revolver patented by Samuel
Colt in 1836 and produced in his factory in Patterson, New Jersey employed percussion caps in
its priming system and remains the first practical revolver to enter production.  The cylinder
rotated when the gun was cocked and fired when the trigger was pulled.  However, even sales of
this mechanically successful firearm were insufficient to prevent the bankruptcy in 1843 of
Colt's first gun manufactory.  See Peterson, *Treasury of the Gun*, 211.

spot-on description of three repeating firearms found in the collections of the Milwaukee Public

Museum, Royal Amouries Museum in Leeds, and the Victoria and Albert Museum in London

that were produced sometime around 1690 by John Cookson, an English gunsmith.[22]  These

were expensive and heavy firearms that weighed about 9 and a half pounds unloaded and over 10

pounds when loaded with 9 balls and powder charges

        19.     Cookson's English repeater employed what was known as the Lorenzoni breech-

loading system.[23]  This system placed at the end of the barrel a complex and delicate gun lock

operated by a handle or lever attached to the left side of the lock.  Separate tubes in the stock of

the firearm were filled with gunpowder for each charge and 9 to 11 balls.  The shooter pointed

the gun barrel towards the ground and pushed the handle or lever down and forward, which

rotated a mechanism located inside the gun lock that simultaneously brought forward one ball,

enough gunpowder to discharge it, and enough priming powder to set off the charge in the barrel

when the trigger was pulled.  To recharge and again fire the gun, the shooter again pointed the

barrel towards the ground, pushed on the lever and then pulled the trigger.  However, if the parts

of the gun lock did not fit tightly or if the shooter failed to lock it in the proper position when

firing, flames might leak back and explode the powder stored in the butt.  Catastrophic failures

happened because the period's methods of fabrication were not reliably capable of producing and

fitting together the parts needed to prevent malfunctions caused by errant sparks.

---

[22]     Brown, *Firearms in Colonial America*, 144–146; David S. Weaver and Brian Goodwin, "John Cookson, gunmaker," *Arms & Armour*, Vol. 19 (June, 2022), 43–63.

[23]     Sometime around 1660 Michele Lorenzoni, a Florentine gunmaker, produced a repeating flintlock firearm that employed a lever system to feed into the breech powder and shot.  His firearm drew upon earlier versions of this system developed by Giacomo Berselli, another Italian gunsmith, who had built upon innovations by two German gunsmiths, Peter and Mathias Kaltoff. Brown, *Firearms in Colonial America*, 105-107, 144-145; Peterson, *Treasury of the Gun,* 229-231.  Today this type of repeating firearm it is generally identified as employing the Lorenzoni system by English and American collectors and curators.

20.     Sometime before 1701, John Cookson moved to Boston.[24]  Despite Cookson's exceptional skill as a gunsmith, he apparently stopped making repeating firearms during his 60 years in Boston.  There are no surviving eighteenth-century, American-made Cookson repeaters.[25]  This is actually not surprising that given the fact that American-made guns were typically "utilitarian in nature, certainly nothing like the fine magazine breech-loading repeaters normally associated with the name John Cookson."[26]  Authors of a recent essay speculate that the 1756 newspaper advertisement "could have involved one of the repeaters which he had brought from England when he emigrated and which, at his age of 82 at the time, he had decided to sell."[27]  The four known firearms that John Cookson did make in America are different types of single-shot firearms: one is a breech-loader, the others are muzzle-loading.[28]

21.     The next appearance of an identifiable repeating firearm dates to April of 1777 and comes from the records of the Continental Congress.  English gunsmith and inventor Joseph Belton wrote to the Continental Congress claiming that he had a method "wherein a common small arm, may be maid to discharge eight balls one after another, in eight, five or three seconds of time."[29]  He also claimed that his gun could be made to discharge "sixteen or twenty, in sixteen, ten or five seconds."[30]  Despite a congressional resolution to purchase Belton's weapon,

---

[24]     Weaver and Godwin, "John Cookson, gunmaker," 51–56, 59–61.

[25]     Ibid., 56, 60.  Weaver and Goodwin make clear that the firearm identified as a "Volitional Cookson Repeating Flintlock" in the collection of the National Firearms Museum in Washington, D.C. was actually made in the late 1600s by John Shaw, a London gunsmith.

[26]     Ibid., 55.

[27]     Ibid., 60.

[28]     Ibid., 56-57.

[29]     Quoted in Brown, *Firearms in Colonial America*, 317.

[30]     Ibid.

none are known to have been produced or delivered.  It appears that Belton and Congress failed

to agree on a price.  The fate of Belton's repeater underscores two reasons why such weapons

were not popular with civilians and even had a hard time winning a military contract:  they were

expensive and they expended a lot of powder and lead with each discharge.

22.     If the arm that Belton demonstrated in Philadelphia in 1777 resembled to any

degree the repeating firearm that he produced in England in 1786, it was also heavy and

challenging to handle.  Belton returned to London in 1784 where he entered into a partnership

with London gunsmith William Jover (active 1750-1810).  In 1786, they produced a smoothbore

repeating fire arm with a sliding firelock and replaceable metal magazine containing seven

projectiles.  With each cock of the hammer and pull of the trigger, a single projectile could be

discharged.  There are two examples of the Jover and Belton repeating firearm in the collection

of the Royal Armouries, National Firearms Center in Leeds, England.  It weighs 10 pounds

unloaded and would have weighed close to 11 pounds when loaded.  Jonathan Ferguson, the

Keeper of Firearms and Artillery at the Firearms Center observes in an on-line video that

managing the weapon is "a bit of a three-handed job."[31]

23.     Another disadvantage associated with eighteenth-century repeating firearms arose

from their reliance on large charges of black powder as an explosive propellant for discharging

bullets.  A July 20, 1793 newspaper report in *Philadelphia's Gazette of the United States* from

Elizabeth Town, Pennsylvania describes a firearm created by "the ingenious and philosophic Mr.

Chambers of Mercersburg in Pennsylvania."  This was Joseph Gaston Chambers (1756-1829).

According to the news report, this firearm "discharged six balls in succession, with only one

---

[31]     Jonathan Ferguson, "Flintlock Repeating – 1786" youtube.com/watch?v=-
OmUM40G2U.  Accessed online 11/6/2022 at 4:00 P.M.

loading and once drawing the trigger, exclusive of the reserve shot, which went off with the drawing of another trigger."  A drawing of this firearm is attached as Exhibit B.

24.      This unusual firearm employed what is today referred to as a superposed or superimposition system that set off a series of charges in a single barrel.  This approach to achieving a basically uncontrolled discharge of a succession of bullets had been tried as early as 1580 by a German gunsmith working in London.[32]  Today, early flintlock pistols that used a superposed loading system are sometimes referred to as the "Roman candle pistol," because it employed "the same principle as the firework" that involved setting off "a chain reaction of multiple discharges."[33]  Other writers also liken such firearms that used a superposed system of multiple charges to a "Roman candle."[34]  In the 1820s, the "complexity and inherent dangers" of superposed systems such as that employed by Chambers "led to their wholesale abandonment."[35]

25.      Chambers's specific version of the system employed two gun locks:  one near the front of the barrel and the other in the usual location at the barrel's breech.  First a powder charge was poured down the barrel followed by a traditional spherical ball which was pushed down to the breech.  This was the reserve shot.  Next a succession of eight cylindrically shaped bullets with conical tails and 8 powder charges were pushed down the barrel.  Pulling a cord triggered the lock near the front of the barrel and ignited the first powder charge closest to the muzzle which fired the first cylindrical projectile.  A hole in the next projectile carried the charge though

---

[32]      Peterson, *Treasury of the Gun*, 195.

[33]      Jeff Kinard, *Pistols: An Illustrated History of their Impact (Santa Barbara*, CA: ABC-CLIO, 2004), 37.

[34]      Brown, *Firearms in Colonial America*, 100; Peterson, *Treasury of the Gun*, 197.

[35]      Andrew J. B. Fagal, "The Promise of American Repeating Weapons, 1791-1821" accessed online 10/25/2022 at 4:55 P.M, page 2 of 6.  Fagal is currently an assistant editor of the Papers of Thomas Jefferson at Princeton University.

it and down its conical tail which ignited the charge which propelled the second cylindrical charge and so on.  Finally, the spherical ball resting at the barrel's breech was discharged by pulling the second trigger near the breech.[36]

26.    The inventor's initial efforts to win government support and a patent for his invention were unsuccessful.  A demonstration in May of 1793 failed to impress the War Department.  Later in 1813, he did secure a patent to supply the U. S. Navy with 200 repeating muskets and 100 repeating pistols and also sold weapons to the state of Pennsylvania.[37]  The Navy's use of these weapons attracted the attention of the British and Dutch governments. However, in the end, Chambers's system with its unusual projectiles failed to obtain sustained interest from any government.  His guns did work, but they could also produce devastating malfunctions.  As historian Andrew Fagal has pointed out, cramming the gun's barrel with projectiles and gunpowder produced what was potentially a pipe bomb.[38]  All superposed weapons were difficult to load correctly, and if the bullets did not fit tightly, flame could leak around them and set off all the charges at once.[39]  With Chambers's particular system, an explosion would actually be guaranteed if a shooter accidently first pulled the trigger nearest the breech.

27.    A safer alternative to the systems employed by Cookson and Chambers was an air gun that did not use gunpowder.  There are two advertisements—one for a demonstration and one for an auction—that contained references to guns. The February 10, 1792 issue of New York

---

[36]    For the best description of the system and an illustration of how the gun was loaded see Fagal, "The Promise of American Repeating Weapons, 1791-1821," pages 2–3 of 6.

[37]    Peterson, *Treasury of the Gun*, 197.

[38]    Fagal, "The Promise of American Repeating Weapons, 1791-1821," page 4 of 6.

[39]    Peterson, *Treasury of the G*un, 198.

City's *Daily Advertiser* announced "To the Curious" daily exhibitions of an air gun. This gun was supposedly made by a young man who was a native of Rhode Island, although in an advertisement almost two years later, it was claimed that the gun was made in New York City by "An American Artist." This gun discharged twenty times without needing to renew the propellant provided by compressed air. Each pull of the trigger provided enough air to send a ball through an inch-thick board at a distance of sixty yards. For 6 pence, a resident of the city could see Gardiner Baker demonstrate the air gun twice a day—Tuesday and Friday afternoons excepted—at his museum located at no. 13 Maiden Lane.

28.     This particular air gun appears to have resembled or possibly could have been an actual example of the European air rifle designed by Bartholomeo Girardoni in 1779. A Girardoni air gun also had a magazine with a capacity of 20 balls, each of which was propelled by discharges of compressed air from a cannister of compressed air carried in the gun's stock. There is no indication that Gardiner Baker, "the young man in Rhode Island" or the "American Artist" in New York was marketing air guns. Instead, once again a repeater was being featured as a novelty in a show put on for paying customers.

29.     However, someone at this time does appear to have been selling air guns. An announcement for a public auction in the issue of the Boston *Columbian Centinel* for March 7, 1795 listed among the items to be sold "a Magazine Air-Gun, equipped for hunting, and will carry ball or shot." This air gun appears to be a repeating gun because of its reference to a "Magazine." However, one should not automatically assume that all eighteenth-century air guns

were repeaters.  Air rifles made by Isaiah Lukens (1779-1846) of Pennsylvania were single-shot air guns, though some erroneously assume that they were repeaters like Girardoni's air rifle.[40]

30.      Two more references to what appear to be repeating firearms were discovered in eighteenth-century newspapers. One from the August 19, 1793 issue of the Concord, New Hampshire *Mirrour* contains a vague report of a repeating weapon supposedly designed by an "Artist in Virginia."  However, this particular news report has been dismissed as a fabrication.[41] The other reference to what does appear to be an identifiable type of repeating firearm was contained in a large advertisement in the October 26, 1785 issue of the *Columbian Herald* in Charleston, South Carolina.  It was placed by James Lambet Ransier, a native of Liege, which was a center of small arms manufacturing in the Low Countries.  Ransier announced that he had "a beautiful and complete assortment of Firearms" and in particular "could furnish guns "that will fire four different times, with only charging once; or, if the person pleases, he may fire four different times one after another, with only one single lock."

31.      Ransier appears to be describing imported Belgian or French-made Seglas pistols which had four rifled barrels.  These were small pistols that had a box lock and a swiveling breech attached to a cluster of four separate barrels:  two upper barrels placed on top of two lower barrels.  The box lock had two triggers and two hammers holding two flints, while the swiveling or rotating breech had four frizzens that were attached to the barrels.  Each barrel was

---

[40]      Nancy McClure, "Treasures from Our West: Lukens Air Rifle" August 3, 2014, Buffalo Bill Center of the West, accessed online on 10/31/2022, at 10:40 A.M.  On November 2, 2022, I received an email from Danny Michael, Curator of the Cody Firearms Museum at the Buffalo Bill Center of the West, confirming that their Lukens air rifle is a single shot weapon.

[41]      Many aspects of the news report in the *Mirrour* raise fundamental questions about its believability as does the fact that it was immediately followed by a news report on a Sea Monster. An intensive search of Virginia newspapers in *America's Historical Newspapers* failed to uncover the supposed origin of the news report. Because it could not be confirmed and because of its lack of detail and credibility, the report was dismissed.

loaded separately at the muzzle with powder and ball.  The two upper barrels could be fired one at a time by pulling each of the individual triggers in succession or fired simultaneously by pulling both triggers at once (which could be risky).  After discharging the two upper barrels, the shooter then swiveled the rotating breech and the cluster of four barrels by pulling on the pistol's trigger guard.  Once rotated to the upper position, the two barrels formerly in the lower position could now be fired when the triggers were pulled individually or simultaneously.  However, as experts have pointed out:  "All revolvers, and other multibarrel guns, of the muzzle-loading type were at risk from a dangerous chain reaction, in which firing one chamber could accidently set off all the others."[42]  If this happened, the gun would explode in the shooter's hand.

32.     In summary, period probate inventories and newspapers indicate that repeating firearms were extraordinarily rare in eighteenth-century America.  Like muskets, repeaters were regarded as military firearms.  In 1777, the Continental Congress demonstrated an interest in Joseph Belton's repeating flintlock, and in 1813 the United States Navy purchased 200 muskets and 100 pistols produced by Joseph Gaston Chambers.  Lewis and Clark and their "Corps of Discovery" consisting of soldiers carried a Girardoni air rifle to the Pacific Ocean and back.  However, well into the 1800s, the American government armed the overwhelming majority of its soldiers with muzzle-loading single-shot long arms.  Even during the Civil War, the Union army made only limited use of the much more reliable repeating firearms made by the Spencer Arms Company and the New Haven Arms Company, which was owned by Oliver Winchester and produced a repeater designed by Benjamin Henry.

33.     The earlier lack of enthusiasm for repeating firearms among eighteenth-century Americans is really not surprising given the colonists' demonstrated preferences for inexpensive,

---

[42]     Rimer, *Smithsonian's Firearms,* 56.

light firearms that used less powder and lead than did muskets.  By contrast, most of the period's repeating arms were heavy, more expensive, and required greater expenditures of gunpowder and lead.  Because repeating firearms contained multiple charges of explosive black powder, they were also more dangerous than a gun using a smaller charge of gunpowder and a single projectile.  Some of these repeating firearms had the potential to turn into a Roman candle or a pipe bomb.  As Harold Peterson has observed "As long as the powder and ball had to be loaded separately there was no hope for a simple and safe magazine repeater."[43]  For these reasons, eighteenth-century advertisements and homes were still filled with muzzle-loading, single-shot firearms.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on _11/22/2022_            _____
                                    KEVIN M. SWEENEY

---

[43]     Peterson, *Treasury of the Gun*, 233.

**Exhibit A**

**Curriculum Vitae: Kevin M. Sweeney**

Home Address:  9 Orchard Street,
                       Greenfield, MA  01301

Home Phone:    (413) 774-5027
E-mail:             kmsweeney@amherst.edu

**Education:**  Ph.D. in History    1986, Yale University.
                     B.A.   in History    1972, Williams College.

**Employment:**
l
2000-2016    Professor of History and American Studies, Amherst College.
1993-2000    Associate Professor of History and American Studies, Amherst College.
1989-1993    Assistant Professor of History and American Studies, Amherst College.
1986-1989    Director of Academic Programs, Historic Deerfield, Deerfield, Mass.
1985-1986    Assistant Professor, Winterthur Museum, Winterthur, Delaware.
1980-1984    Administrator-Curator, Webb-Deane-Stevens Museum, Wethersfield, Conn.
1978-1980    History Instructor, Westover School, Middlebury, Conn.

**Other Academic Appointments:**

2007               Visiting Faculty, American Studies Seminar, American Antiquarian Society,
Worcester,
                     Mass.
1987-1989    Assistant Professor of American Studies at Smith College under the Five
                     College Program.
1985-1986    Adjunct Assistant Professor, Early American Culture, University of
                     Delaware.
1982-1984    Visiting Lecturer in American Studies, Trinity College, Hartford, Conn..
1981             Adjunct, Art History Department, University of Hartford.

**Academic Honors and Prizes:**

2003   Book Prize, New England Historical Association.
2003   Award of Merit, American Association for State and Local History.
1995   Harold L. Peterson Award, Eastern National Parks & Monuments Association.

1986   Jamestown Prize of the Institute of Early American History and Culture,
     Williamsburg, VA.
1986   Frederick W. Beinecke Prize in History, Yale University.
1973   Mary Cady Tew Prize in History, Yale University.
1972   William Bradford Turner Prize in American History, Williams College.
1971   Phi Beta Kappa, Williams College.
**Publications:**

**Books**

With Evan Haefeli, co-editors, *Captive Histories: English, French and Native Narratives
 of the 1704 Deerfield Raid* (Amherst, Mass.: University of Massachusetts Press, 2006).

With Evan Haefeli, *Captors and Captives: The 1704 French and Indian Raid on
 Deerfield* (Amherst, Mass.: University of Massachusetts Press, 2003). Awarded 2003 Book Prize, New
 England Historical Association and 2003 Award of Merit, American Association for State and Local
 History.

**Articles/Book Chapters/Catalogue Essays**

**"**Revolutionary State Militias in the Backcountry and Along the Frontiers," *The American Revolution on
   the Frontier*, edited by Seanegan Sculley, Sons of the American Revolution 2022 Conference
   Proceedings, (publication forthcoming).

"Firearms Ownership and Militias in Seventeenth- and Eighteenth-Century England and America" in
   Jennifer Tucker, Barton C. Hacker, and Margaret Vining, editors *A Right to Bear Arms? The Contested
   Role of History in Contemporary Debates on the Second Amendment* (Washington, D.C.: Smithsonian
   Scholarly Press, 2019), 54-71.

"Firearms, Militias, and the Second Amendment" in Saul Cornell and Nathan Kozuskanich, editors*, The
   Second Amendment on Trial: Critical Essays on District of Columbia v. Heller* (Amherst: University of
   Massachusetts Press, forthcoming August 2013), 310-382.

 "Mary Rowlandson: Taken by Indians," *American Heritage* 58:5 (Fall 2008): 23-25.

"Early American Religious Traditions: Native Visions and Christian Providence," *OAH Magazine of

*History* (January 2008):8-13.

With Jessica Neuwirth, Robert Paynter, Braden Paynter and Abbott Lowell Cummings, "Abbott Lowell
   Cummings and the Preservation of New England," *The Public Historian* 29:4 (Fall 2007):57-81.

With Evan Haefeli, "*The Redeemed Captive* as Recurrent Political Text*" The New England
   Quarterly* (September 2004):341-367.

"The 1704 French and Indian Raid on Deerfield" *New England Ancestors* 5:1 (Winter 2004): 23-26.

"Regions and the Study of Material Culture: Explorations along the Connecticut River" for *American
   Furniture*, Luke Beckerdite, editor (Milwaukee, Wis.: Chipstone Foundation/ the University Press of
   New England, 1995), 145-166.

With Evan Haefeli, "Revisiting *The Redeemed Captive*: New Perspectives on the 1704
   Attack on Deerfield" *William and Mary Quarterly* 3rd ser. 52:1(January 1995):3-46. Awarded the 1995
   Harold L. Peterson Award, Eastern National Parks & Monument Association, and the 1995 Essay
   Prize, Society of Colonial Wars.

With Evan Haefeli, "Wattanummon's World: Personal and Tribal Identity in the Algonquian Diaspora, c.
   1660-1712" in William Cowan, ed., *Papers of the Twenty Fifth Algonquian Conference* (Ottawa,
    1994), 212-224.

"High Style Vernacular: Lifestyles of the Colonial Elite " in *Of Consuming Interests: The Style of Life in
   Eighteenth-Century America*, edited by Ronald Hoffman, Cary Carson, and Peter J. Albert
   (Charlottesville: University of Virginia Press, 1994),1-58. Volume awarded the Harold Hugo
   Memorial Book Prize, Old Sturbridge Village, 1995.

"Meetinghouses, Town Houses, and Churches: Changing Perceptions of Sacred and Secular Space in
   Southern New England, 1725-1850" *Winterthur Portfolio* 28:1 (Winter 1994):59-93.

"Using Tax Lists to Detect Biases in Probate Inventories," *Early American Probate Inventories: Dublin
   Seminar for New England Folklife Annual Proceedings 1987,* Peter Benes, ed. (Boston: Boston
   University Press, 1989), 32-40.

"Gentlemen Farmers and Inland Merchants: The Williams Family and Commercial Agriculture in Pre-
  Revolutionary Western Massachusetts," *Dublin Seminar for New England Folklife, Annual Proceedings 1986*, Peter Benes, ed. (Boston University Press, 1988), 60-73.

"Furniture and the Domestic Environment in Wethersfield, Connecticut, 1640-1800," *Connecticut
  Antiquarian* 36:2 (1984): 10-39. Revised and reprinted in *Material Life in America, 1600-1860*, Robert
  B. St. George, editor (Boston: Northeastern University Press, 1988), 261-290.

"From Wilderness to Arcadian Vale: Material Life in the Connecticut River Valley, 1635 to 1760" and
  "Gravestones" in *The Great River: Art and Society of The Connecticut Valley, 1635-1820* (Wadsworth
  Atheneum, Hartford, CT., 1985), 17-27, 485-523.  Volume awarded the Harold Hugo Memorial Book Prize, Old Sturbridge Village, 1985.

"Where the Bay Meets the River: Gravestones and Stonecutters in the River Towns of Western
  Massachusetts, 1690-1810," *Markers III*, David Watters, ed. (Association for Gravestone Studies, 1985),1-46.

"Mansion People: Class, Kinship and Architecture in Western Massachusetts in the Mid-18th Century,"
  *Winterthur Portfolio* (Winter 1984):231-255.

"Furniture and furniture making in mid-eighteenth-century Wethersfield, Connecticut" *Antiques* 125:5
  (May 1984), 1156-1163.

"River Gods in the Making: The Williams Family in Western Massachusetts," *Dublin Seminar for New*
  *England Folklife, Annual Proceedings 1981*, Peter Benes, ed. (Boston University Press, 1982), pp.
  101-116. Reprinted in a *Place Called Paradise: 1654-2004*, edited by Kerry Buckley (Amherst,
  Mass.: University of Massachusetts Press, 2004), 76-90.

**Exhibitions:**

2007-2008    Consultant, "Shays's Rebellion," N. E. H. Funded Web-Exhibition, Springfield Technical

Community College and Pocumtuck Valley Memorial Association.

2003-2005    Consultant and Contributor, "The Many Stories of 1704," N.E.H. Funded Web-exhibition,
Pocumtuck Valley Memorial Association. 2005 Museums and Webs Award Winner; 2005
Award of Merit, American Association for State and Local History; 2007 Merlot History
Classics Award and others.

1984-1985    Consultant and Contributor, "The Great River: Art and Society of the Connecticut Valley, -
1820" Catalogue awarded Charles F. Montgomery Prize for 1985 by the Decorative Arts
Society; Award of Merit from the American Association for State and Local History,
1986; Honorable Mention, E. Harold Hugo Memorial Book Prize, Old Sturbridge Village,
1986.

1982          Consultant and Contributor, "Two Towns: Concord and Wethersfield - A Comparative
Exhibition of Regional Culture, 1635-1850," 1982.


**Films/Videos:**

2012          Contributor, *Cherry Cottage, The Story of an American House*, Dave Simonds,
Williamstown, Mass.

2009          Contributor, *The Forgotten War: The Battle for the North Country,* Mountain Lake Public
Television, Plattsburg, NY.

2005          Contributor, *Captive: The Story of Esther,* VisionTV and Aboriginal Peoples
Television Network, Canada.

2003          Contributor, *New England's Great River: Discovering the Connecticut,*
Vermont Public Television, Burlington, VT


**Memberships in Professional and Scholarly Societies:**

American Historical Association.
Colonial Society of Massachusetts.
Massachusetts Historical Society.

Organization of American Historians.

## Other Professional Activities

2008-2010    Chair, History Department, Amherst College.

2005-2007    Chair, American Studies Department, Amherst College.

2003-2004    Consultant, "Remembering 1704: Context and Commemoration of the Deerfield Raid"

Pocumtuck Valley Memorial Association and Historic Deerfield, Inc.

1997-2001    Consultant, "Turns of the Centuries" Project, Pocumtuck Valley Memorial Association.

1997-1999    Chair, History Department, Amherst College.

1997-1998    Consultant, Exhibition entitled "Performing Arts: The Refinement of Rural New England,"

Historic Deerfield., Inc.

1996-1998    Member, Advisory Committee for the Dickinson Homestead, Amherst College.

1994-1995    Chair, Committee on Priorities and Resources, Amherst College.

1993-1995    Chair, American Studies Department, Amherst College

1992            Consultant, "Forty Acres: A Reinterpretation Initiative," Porter-Phelps-Huntington Foundation, Hadley, Mass.

1991             Consultant, "Furniture-making in Central New England, 1790-1850," Old Sturbridge

Village.

1991-1994    Member, Five College Standing Committee on American Indian Studies.

1986-1989    Member, Five College American Studies Steering Committee.

1981-1986    Member, Advisory Committee for Historic Deerfield.

10/15/2022

**Exhibit B**

