# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANDREW HANSON, ET AL.** )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**DISTRICT OF COLUMBIA, ET AL.** )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 22-cv-2256 RC |

## NOTICE OF WITHDRAWAL OF MOTION

Plaintiffs give notice of withdrawal of ECF Doc. 22, which was filed in the wrong proceeding.

Respectfully submitted,

**ANDREW HANSON**
**TYLER YZAGUIRRE**
**NATHAN CHANEY**
**ERIC KLUN**

By:   /s/ George L. Lyon, Jr.
George L. Lyon, Jr. (D.C. Bar No. 388678)
Arsenal Attorneys
4000 Legato Road, Suite 1100
Fairfax, VA 22033
202-669-0442, fax 202-483-9267
gll@arsenalattorneys.com

                        Matthew J. Bergstrom (D.C. Bar. No. 989706)
                        Arsenal Attorneys
                        4000 Legato Road, Suite 1100
                        Fairfax, VA 22033
                        800-819-0608
                        mjb@arsenalattorneys.com

                        *Attorneys for Plaintiffs*

Dated:   January 11, 2023

## CERTIFICATE OF SERVICE

    I, George L. Lyon, Jr., a member of the bar of this court, certify that I served the foregoing document on all counsel of record for Defendants via the court's ECF system this 11th day of January, 2023.


/s/ George L. Lyon, Jr., DC Bar 388678