# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW HANSON            )  | |
|                          )  | |
| TYLER YZAGUIRRE          )  | |
|                          )  | |
| NATHAN CHANEY            )  | |
|                          )  | |
| ERIC KLUN                )  | |
|                          )  | |
|         Appellants,      )  | |
|                          )  | |
|         v.               )  | Civil Action No. 22-cv-2256 RC |
|                          )  | |
| DISTRICT OF COLUBIA      )  | |
|                          )  | |
| ROBERT J. CONTEE, III,   )  | |
|                          )  | |
|         Appellees.       )  | |

## NOTICE OF APPEAL

Plaintiffs Hanson, Yzaguirre, Chaney and Klun appeal to the United States Court of Appeals for the District of Columbia Circuit from the District Court Order (ECF 27) and Memorandum Opinion (ECF 28) denying a preliminary injunction in this proceeding, entered on April 20, 2023.

Respectfully submitted,

/s/ George L. Lyon, Jr.
George L. Lyon, Jr. (D.C. Bar No. 388678)
Arsenal Attorneys
4000 Legato Road, Suite 1100
Fairfax, VA 22033
202-669-0442, fax 202-483-9267
gll@arsenalattorneys.com

Matthew J. Bergstrom (D.C. Bar. No. 989706)
Arsenal Attorneys
4000 Legato Road, Suite 1100
Fairfax, VA 22033
800-819-0608
mjb@arsenalattorneys.com
*Attorneys for Plaintiffs*

May 16, 2023

## CERTIFICATE OF SERVICE

I, George L. Lyon, Jr., a member of the bar of this court, certify that I served the foregoing document on all counsel of record in this proceeding via the Court's electronic filing system, this 16th day of May, 2023.

/s/ George L. Lyon, Jr., DC Bar 388678