# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| No. 23-7061 | September Term, 2024 |
| | FILED ON: OCTOBER 29, 2024 |

ANDREW HANSON, ET AL.,
      APPELLANTS

v.

DISTRICT OF COLUMBIA AND PAMELA A. SMITH,
      APPELLEES

Appeal from the United States District Court
for the District of Columbia
(No. 1:22-cv-02256)

Before: MILLETT and WALKER, *Circuit Judges*, and GINSBURG, *Senior Circuit Judge*

### **J U D G M E N T**

This cause came to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the order of the District Court appealed from in this cause be affirmed, in accordance with the opinion of the court filed herein this date.

### **Per Curiam**

                                                    **FOR THE COURT:**
                                                    Mark J. Langer, Clerk

                                BY:    /s/

                                                    Daniel J. Reidy
                                                    Deputy Clerk

Date: October 29, 2024

Opinion Per Curiam
Dissenting opinion filed by Circuit Judge Walker.