UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANDREW HANSON**, *et al*.,<br><br>Plaintiffs,<br><br>v.<br><br>**DISTRICT OF COLUMBIA**, *et al*.,<br><br>Defendants. | Civil Action No. 1:22-cv-02256-RC |

## JOINT STATUS REPORT

Pursuant to the Court's January 7, 2025 Minute Order, Plaintiffs Andrew Hanson, Tyler Yzaguirre, Nathan Chaney, and Eric Klun and Defendant District of Columbia submit this joint status report. Plaintiffs intend to file a petition for writ of certiorari to the United States Supreme Court, appealing the decision of the D.C. Circuit Court of Appeals in this matter. Plaintiffs' current deadline to file their petition is February 26, 2025. The Parties propose that they submit a joint status report no later than seven days after the Supreme Court rules on Plaintiffs' petition.

Date: February 4, 2025.

*/s/ George L. Lyon, Jr.*
George L. Lyon, Jr. (388678)
BERGSTROM ATTORNEYS
1929 Biltmore Street, NW
Washington, DC 20009
202-669-0442
Fax: 202-483-9267
gll@bergstromattorneys.com

*Counsel for Plaintiffs*

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Civil Litigation Division, Equity Section

*/s/ Honey Morton*
HONEY MORTON
Assistant Chief, Equity Section

2

/s/ Richard P. Sobiecki
RICHARD P. SOBIECKI [500163]
MATEYA B. KELLEY [888219451]
ADAM J. TUETKEN [242215]
HELEN M. RAVE [90003876]
Assistant Attorneys General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 805-7512
Email: richard.sobiecki@dc.gov

*Counsel for Defendants*