UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW HANSON, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>Defendants. | No. 1:22-cv-02256-RC |

**JOINT STATUS REPORT**

Pursuant to the Court's June 13, 2025 Minute Order, the Parties submit this joint status report to propose a schedule to govern further proceedings. At the outset of this case, Plaintiffs moved for a preliminary injunction [8]. The Court held the Defendants' (collectively, the District's) responsive pleading deadline in abeyance "until a decision is issued on Plaintiffs' motion." Sept. 7, 2022 Min. Order. After the Court denied Plaintiffs' motion, the Court stayed this case pending appellate proceedings. *See* May 4, 2023 Min. Order; Feb. 4, 2025 Min. Order. Now that appellate proceedings are complete, the Court ordered the Parties to propose a schedule for further proceedings. *See* June 13, 2025 Min. Order.

The District intends to move to dismiss Plaintiffs' Complaint, as the responsive pleading deadline has not passed. *See* Min. Order, *Yzaguirre v. District of Columbia*, No. 24-cv-1828 (D.D.C. Dec. 4, 2024) ("With Plaintiffs having withdrawn their motion for preliminary injunction, the ordinary Rules of Civil Procedure govern these proceedings, including the opportunity for Defendants to move to dismiss."). Accordingly, the Parties propose that the Court enter the following briefing schedule for a motion to dismiss:

| Event | Date |
|---|---|
| District's Motion to Dismiss due | July 31, 2025 |
| Plaintiffs' Opposition due | August 28, 2025 |
| District's Reply due | September 18, 2025 |

Date: July 1, 2025.

/s/ *George L. Lyon, Jr.*
George L. Lyon, Jr. (388678)
BERGSTROM ATTORNEYS
1929 Biltmore Street, NW
Washington, DC 20009
202-669-0442
Fax: 202-483-9267
gll@bergstromattorneys.com

*Counsel for Plaintiffs*

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

/s/ *Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Civil Litigation Division, Equity Section

/s/ *Honey Morton*
HONEY MORTON [1019878]
Assistant Chief, Equity Section

/s/ *Adam J. Tuetken*
ADAM J. TUETKEN [242215]
Special Counsel for Firearm Safety
RICHARD P. SOBIECKI [500163]
MATEYA B. KELLEY [888219451]
HELEN M. RAVE [90003876]
Assistant Attorneys General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 735-7474
Email: adam.tuetekn@dc.gov

*Counsel for Defendants*