**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ANDREW HANSON, *et al.*, | : | |
| | : | |
|     Plaintiffs, | : | |
| | : | Civil Action No.:    22-2256 (RC) |
|     v. | : | |
| | : | Re Document No.:    39 |
| DISTRICT OF COLUMBIA, *et al.*, | : | |
| | : | |
|     Defendants. | : | |

<u>**ORDER**</u>

**GRANTING IN PART AND DENYING IN PART DEFENDANTS' PARTIAL MOTION TO DISMISS**

For the reasons stated in the Court's Memorandum Opinion separately and

contemporaneously issued, Defendants' Partial Motion to Dismiss (ECF No. 39) is **GRANTED**

**in part** and **DENIED in part**.

    **SO ORDERED**.


Dated:  March 30, 2026                                    RUDOLPH CONTRERAS
                                                                   United States District Judge