**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ANDREW HANSON, *et al.*,** | |
| **Plaintiffs,** | |
| **v.** | **No. 1:22-cv-02256-RC** |
| **DISTRICT OF COLUMBIA, *et al.*,** | |
| **Defendants.** | |

## DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

Defendant District of Columbia (the District) answers and asserts defenses to Plaintiff

Tyler Yzaguirre's Complaint (Complaint) [22] as follows.

### DEFENSES

The District asserts and preserves the following defenses based on information currently

available.  The District reserves the right to withdraw these defenses or assert additional defenses

as further information becomes available.

### FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

The District denies all allegations of wrongdoing, including, but not limited to, violations

of the Constitution, common law, statutory and operational standards, and negligence.

### THIRD DEFENSE

The District acted, at all relevant times, consistent with all applicable laws, rules,

regulations, constitutional provisions, and standards of care.

**FOURTH DEFENSE**

The doctrines of waiver, estoppel, unclean hands, and laches may equitably bar Plaintiff from seeking some or all the relief sought in the Complaint.

**FIFTH DEFENSE**

The District, its agents, servants, and employees, acting within the course and scope of their employment, if any, performed all obligations, if any, toward Plaintiff in accordance with all applicable regulatory, statutory, constitutional, and common law requirements.

**SIXTH DEFENSE**

Plaintiff is not entitled to any declaratory or equitable relief, as requested in the Complaint, because the District has not violated any statutory or constitutional rights.

**SEVENTH DEFENSE**

Attorney's fees and costs are not recoverable against the District in this case.

**EIGHTH DEFENSE**

If Plaintiff was injured or damaged as alleged in the Complaint, such injuries or damages foreseeably resulted from Plaintiff's own intentional, illegal, or otherwise wrongful conduct, Plaintiff's own physical or mental condition, Plaintiff's sole or contributory negligence or assumption of the risk, or the conduct of a person or entity other than the District.

**NINTH DEFENSE**

The equitable and declaratory relief requested by Plaintiff exceeds the scope of Plaintiff's claims.

## TENTH DEFENSE

Because Plaintiff has alleged no adequate concrete injury, traceable to the District, and remediable by this Court, Plaintiff lacks standing to maintain this action, and it should be dismissed.

## ELEVENTH DEFENSE

Plaintiff has not suffered any monetary or financial loss for which he can assert a claim for compensatory or other damages. Alternatively, Plaintiff failed to mitigate his alleged damages.

## TWELFTH DEFENSE

The Complaint fails to allege sufficient facts to establish municipal liability under 42 U.S.C. § 1983.

\* \* \*

## SET OFF

The District is entitled to a set off for any funds paid to Plaintiff from public sources.

\* \* \*

## ANSWER TO PLAINTIFF'S COMPLAINT

The District responds to the individually numbered paragraphs of Plaintiff's Complaint below. To the extent any allegation in the Complaint is not specifically admitted, the District denies it. Further, references by the District to materials cited in the Complaint are not to be construed as admissions that the materials are correctly cited, quoted, or characterized by Plaintiff; or that the materials are admissible or relevant to this action. Except where expressly stated otherwise below, the District denies Plaintiff's characterizations of the referenced materials and preserves all objections as to relevance and admissibility.

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, AND FOR DAMAGES**[*]

**THE PARTIES**

1.      The allegations in this paragraph concern a claim that has been dismissed [44]; therefore, no response is required.

2.      The District admits that Yzaguirre has registered firearms with the District and that he has been issued a concealed pistol carry license by the District.  The District lacks sufficient information to admit or deny the remaining factual allegations in this paragraph.

3.      The allegations in this paragraph concern a claim that has been dismissed [44]; therefore, no response is required.

4.      The allegations in this paragraph concern a claim that has been dismissed [44]; therefore, no response is required.

5.      This paragraph consists of Plaintiff's factual characterizations and legal conclusions.  To the extent a response is required, the District denies the allegations in this paragraph.

6.      The allegations in this paragraph concern a claim that has been dismissed [44]; therefore, no response is required.

**JURISDICTION AND VENUE**

7.      This paragraph consists of legal conclusions.  To the extent a response is required, the District denies the allegations in this paragraph.

8.      Admitted.

---

[*]      Headings correspond to the Complaint and are provided to assist the Court in reviewing the Answer.  The District denies all statements in the headings.

## STATEMENT OF FACTS

### The Second Amendment.

9.      This paragraph purports to quote the U.S. Constitution.  The District states that the cited document is the best evidence of its content and denies all other characterizations.  To the extent a response is required, the District denies the allegations in this paragraph.

10.      This paragraph consists of legal conclusions.  To the extent a response is required, the District denies the allegations in this paragraph.

11.      This paragraph purports to quote documents.  The District states that the cited documents are the best evidence of their content and denies all other characterizations.  To the extent a response is required, the District denies the allegations in this paragraph.

12.      This paragraph consists of legal conclusions.  To the extent a response is required, the District denies the allegations in this paragraph.

### The statutory scheme.

13.      This paragraph characterizes the nature of Plaintiff's lawsuit and purports to quote a statutory provision.  The District states that the cited statutory provision is the best evidence of its content and denies all other characterizations.  To the extent a response is required, the District denies the allegations in this paragraph.

14.      This paragraph purports to quote a statutory provision.  The District states that the cited statutory provision is the best evidence of its content and denies all other characterizations.  To the extent a response is required, the District denies the allegations in this paragraph.

15.      This paragraph consists of Plaintiffs' factual characterizations.  To the extent a response is required, the District denies the allegations in this paragraph.

**DC Code Section 7-2506.01(b) infringes Plaintiffs' right to keep and bear arms.**

16. This paragraph consists of legal conclusions. To the extent a response is required, the District denies the allegations in this paragraph.

17. The District lacks sufficient information to admit or deny the factual allegations in this paragraph. To the extent a response is required, the District denies the allegations in this paragraph.

18. This paragraph consists of legal conclusions and purports to quote caselaw. The District states that the cited caselaw is the best evidence of its content and denies all other characterizations. To the extent a response is required, the District denies the allegations in this paragraph.

19. This paragraph consists of legal conclusions. To the extent a response is required, the District denies the allegations in this paragraph.

20. This paragraph purports to quote caselaw. The District states that the cited caselaw is the best evidence of its content and denies all other characterizations. To the extent a response is required, the District denies the allegations in this paragraph.

21. The District lacks sufficient information to admit or deny the factual allegations in the first sentence of this paragraph. The remainder of the paragraph consists of legal conclusions. To the extent a response is required, the District denies the allegations in this paragraph

22. This paragraph consists of legal conclusions. To the extent a response is required, the District denies the allegations in this paragraph.

23. This paragraph consists of legal conclusions. To the extent a response is required, the District denies the allegations in this paragraph.

24.     This paragraph consists of legal conclusions.  To the extent a response is required, the District denies the allegations in this paragraph.

25.     This paragraph consists of legal conclusions.  To the extent a response is required, the District denies the allegations in this paragraph.

26.     This paragraph consists of legal conclusions.  To the extent a response is required, the District denies the allegations in this paragraph.

27.     This paragraph consists of Plaintiff's factual characterizations.  To the extent a response is required, the District denies the allegations in this paragraph.

28.     This paragraph consists of Plaintiff's factual characterizations.  To the extent a response is required, the District denies the allegations in this paragraph.

29.     This paragraph purports to summarize information from several sources.  The District states that the cited sources are the best evidence of their content and denies all other characterizations.  To the extent a response is required, the District lacks sufficient information to admit or deny the allegations in this paragraph.[1]

30.     This paragraph purports to quote a news article.  The District states that the cited article is the best evidence of its content and denies all other characterizations.  To the extent a response is required, the District lacks sufficient information to admit or deny the allegations in this paragraph.

31.     This paragraph purports to summarize a news article.  The District states that the cited article is the best evidence of its content and denies all other characterizations.  To the extent a response is required, the District lacks sufficient information to admit or deny the

---

[1]     This footnote purports to quote a video.  The District states that the cited video is the best evidence of its content and denies all other characterizations.  To the extent a response is required, the District denies the allegations in this footnote.

allegations in this paragraph.

32.    This paragraph purports to summarize and quote a news article.  The District states that the cited article is the best evidence of its content and denies all other characterizations.  To the extent a response is required, the District lacks sufficient information to admit or deny the allegations in this paragraph.

33.    This paragraph purports to summarize and quote news articles.  The District states that the cited articles are the best evidence of their content and denies all other characterizations. To the extent a response is required, the District lacks sufficient information to admit or deny the allegations in this paragraph.

34.    This paragraph consists of Plaintiff's factual characterizations and purports to summarize a video.  With regard to Plaintiff's factual characterizations, to the extent a response is required, the District lacks sufficient information to admit or deny the allegations in this paragraph.  With respect to the cited video, the District states that it is the best evidence of its content and denies all other characterizations.[2]  The District denies the allegations in the last sentence of this paragraph.

35.    This paragraph consists of Plaintiff's factual characterizations and purports to summarize news articles.  With regard to Plaintiff's factual characterizations, to the extent a response is required, the District lacks sufficient information to admit or deny the allegations in this paragraph.  With respect to the cited articles, the District states that they are the best evidence of their content and denies all other characterizations.  The District specifically denies that Plaintiff's right to use his firearms for self-defense has been infringed.

---

[2]    This footnote consists of Plaintiff's factual characterizations.  To the extent a response is required, the District lacks sufficient information to admit or deny the allegations in this footnote.

36.     The District admits the first sentence of this paragraph.  This remainder of the paragraph consists of Plaintiff's factual characterizations.  To the extent a response is required, the District denies the remaining allegations in this paragraph.[3]

**SECTION 7-2506.01(b) LACKS ANY HISTORICAL ANALOGUE**

37.     This paragraph consists of legal conclusions and purports to quote caselaw.  The District states that the cited caselaw is the best evidence of its content and denies all other characterizations.  To the extent a response is required, the District denies the allegations in this paragraph.

38.     This paragraph consists of legal conclusions.  To the extent a response is required, the District denies the allegations in this paragraph.

39.     This paragraph purports to summarize an article.  The District states that the cited article is the best evidence of its content and denies all other characterizations.  To the extent a response is required, the District lacks sufficient information to admit or deny the allegations in this paragraph.

40.     This paragraph purports to summarize an article.  The District states that the cited article is the best evidence of its content and denies all other characterizations.  To the extent a response is required, the District lacks sufficient information to admit or deny the allegations in this paragraph.

41.     This paragraph purports to summarize an article.  The District states that the cited article is the best evidence of its content and denies all other characterizations.  To the extent a

---

[3]     This footnote purports to cite an MPD General Order and caselaw.  The cited order and caselaw are the best evidence of their contents and the District denies all other characterizations.

response is required, the District lacks sufficient information to admit or deny the allegations in this paragraph.

42.    This paragraph purports to summarize an article.  The District states that the cited article is the best evidence of its content and denies all other characterizations.  To the extent a response is required, the District lacks sufficient information to admit or deny the allegations in this paragraph.

43.    This paragraph purports to summarize an article.  The District states that the cited article is the best evidence of its content and denies all other characterizations.  To the extent a response is required, the District lacks sufficient information to admit or deny the allegations in this paragraph.

44.    This paragraph purports to summarize an article.  The District states that the cited article is the best evidence of its content and denies all other characterizations.  To the extent a response is required, the District lacks sufficient information to admit or deny the allegations in this paragraph.

45.    This paragraph purports to summarize an article.  The District states that the cited article is the best evidence of its content and denies all other characterizations.  To the extent a response is required, the District lacks sufficient information to admit or deny the allegations in this paragraph.

46.    This paragraph purports to summarize an article.  The District states that the cited article is the best evidence of its content and denies all other characterizations.  To the extent a response is required, the District lacks sufficient information to admit or deny the allegations in this paragraph.

47.     This paragraph purports to summarize multiple articles.  The District states that the cited articles are the best evidence of their content and denies all other characterizations.  To the extent a response is required, the District lacks sufficient information to admit or deny the allegations in this paragraph.

48.     This paragraph purports to summarize an article.  The District states that the cited article is the best evidence of its content and denies all other characterizations.  To the extent a response is required, the District lacks sufficient information to admit or deny the allegations in this paragraph.

49.     This paragraph purports to summarize an article.  The District states that the cited article is the best evidence of its content and denies all other characterizations.  To the extent a response is required, the District lacks sufficient information to admit or deny the allegations in this paragraph.

50.     This paragraph purports to summarize an article.  The District states that the cited article is the best evidence of its content and denies all other characterizations.  To the extent a response is required, the District lacks sufficient information to admit or deny the allegations in this paragraph.

51.     This paragraph purports to summarize an article and quote caselaw.  The District states that the cited article and caselaw are the best evidence of their content and denies all other characterizations.  To the extent a response is required, the District lacks sufficient information to admit or deny the allegations in this paragraph.[4]

52.     This paragraph purports to summarize an article.  The District states that the cited article is the best evidence of its content and denies all other characterizations.  To the extent a

---

[4]     This footnote cites a statutory provision.  The District states that the cited provision is the best evidence of its content and denies all other characterizations

11

response is required, the District lacks sufficient information to admit or deny the allegations in this paragraph.

53.    This paragraph purports to summarize an article and quote caselaw.  The District states that the cited article and caselaw are the best evidence of their content and denies all other characterizations.  To the extent a response is required, the District lacks sufficient information to admit or deny the allegations in this paragraph.

54.    This paragraph consists of legal conclusions.  To the extent a response is required, the District lacks sufficient information to admit or deny the allegations in this paragraph.

55.    This paragraph purports to summarize and quote an article.  The District states that the cited article is the best evidence of its content and denies all other characterizations.  To the extent a response is required, the District lacks sufficient information to admit or deny the allegations in this paragraph.

56.    This paragraph consists of legal conclusions.  To the extent a response is required, the District denies the allegations in this paragraph.

57.    This paragraph consists of legal conclusions.  To the extent a response is required, the District denies the allegations in this paragraph.

58.    This paragraph consists of legal conclusions.  To the extent a response is required, the District denies the allegations in this paragraph.

**FIRST CLAIM FOR RELIEF: U.S. CONST., AMEND. II, 42 U.S.C. § 1983 AGAINST ALL DEFENDANTS**

59.    This paragraph consists of legal conclusions.  To the extent a response is required, the District denies the allegations in this paragraph.

60.    This paragraph consists of legal conclusions.  To the extent a response is required, the District denies the allegations in this paragraph.

**SECOND CLAIM FOR RELIEF: U.S. CONSTITUTION, AMEND. V, 42 U.S.C. § 1983**

61.     The allegations in this paragraph concern a claim that has been dismissed [44]; therefore, no response is required.

**PRAYER FOR RELIEF**

1.     The District denies that Plaintiff is entitled to the relief requested in this paragraph or any other relief.

2.     The District denies that Plaintiff is entitled to the relief requested in this paragraph or any other relief.

3.     The District denies that Plaintiff is entitled to the relief requested in this paragraph or any other relief.

4.     The District denies that Plaintiff is entitled to the relief requested in this paragraph or any other relief.

5.     The District denies that Plaintiff is entitled to the relief requested in this paragraph or any other relief.

6.     The District denies that Plaintiff is entitled to the relief requested in this paragraph or any other relief.

**JURY DEMAND**

The District demands a trial by jury on all issues so triable by the highest number of jurors available under law.

Date: April 13, 2026.                    Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

13

*/s/ Matthew R. Blecher*

MATTHEW R. BLECHER [1012957]
Chief, Civil Litigation Division, Equity Section

*/s/ Honey Morton*

HONEY MORTON [1019878]
Assistant Chief, Equity Section

*/s/ Richard P. Sobiecki*

RICHARD P. SOBIECKI [500163]
MATEYA B. KELLEY [888219451]
HELEN M. RAVE [90005124]
Assistant Attorneys General
ADAM J. TUETKEN [242215]
Special Counsel for Firearm Safety
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 805-7512
Email: richard.sobiecki@dc.gov

*Counsel for the District*

14