**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

TYLER YZAGUIRRE,                                  :
                                                 :
    Plaintiff,                               :          Civil Action No.:      22-2256 (RC)
                                                 :
    v.                                       :          Re Document No.:    46
                                                 :
DISTRICT OF COLUMBIA,                            :
                                                 :
    Defendant.                               :

**<u>SCHEDULING ORDER</u>**

Upon consideration of the parties' joint Status Report (ECF No. 46), it is hereby

**ORDERED** that the following schedule shall govern proceedings in this case:

1.  any other parties to this action must be joined on or before May 15, 2026;

2.  any party proposing amendments to the pleadings must seek leave to do so on or before May 15, 2026;

3.  the parties must exchange the disclosures required by Fed. R. Civ. P. 26(a)(1) on or before June 5, 2026;

4.  discovery of facts relevant to all claims, counterclaims, and defenses will commence on April 27, 2026, and must conclude by August 31, 2026;

5.  Plaintiff's expert disclosures and reports shall be served by September 30, 2026, and Defendant's expert disclosures and reports shall be served by November 20, 2026;

6.  discovery related to experts must conclude by January 29, 2027; and

7.  the parties shall appear for a status conference before the Court on February 8, 2027, at 10:00 a.m. in Courtroom 23A.

It is **FURTHER ORDERED** that, before bringing a discovery dispute to the Court's attention, the parties must meet and confer in good faith in an attempt to resolve the dispute informally.  If the parties are unable to resolve the dispute, they must contact chambers to arrange for a telephonic conference with the Court.  The parties must obtain leave of the Court before filing any motion relating to a discovery dispute.  Any discovery motions that are filed prior to obtaining such leave may be summarily denied for failure to comply with this order.

**SO ORDERED**.

Dated:  April 27, 2026                                             RUDOLPH CONTRERAS
                                                                              United States District Judge