**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **TYLER YZAGUIRRE,** | |
| **Plaintiff,** | |
| **v.** | **No. 1:22-cv-02256-RC** |
| **DISTRICT OF COLUMBIA,** | |
| **Defendant.** | |

**CONSENT MOTION TO MODIFY THE SCHEDULING ORDER**

Defendant District of Columbia (the District) moves under Rule 6(b)(1)(A) to modify the Scheduling Order [47] to extend the remaining deadlines by 45 days.  The District conferred with Plaintiff, and Plaintiff consents to the relief requested.

This Court may extend an existing deadline on a showing of good cause, Fed. R. Civ. P. 6(b)(1)(A), and good cause generally exists where there is a "valid reason for [ ] delay," *Mann v. Castiel*, 681 F.3d 368, 375 (D.C. Cir. 2012).  The Parties have been diligently proceeding with discovery; however, Plaintiff's requests are more extensive than the District could have reasonably expected, the Parties have been occupied with conferring regarding whether to stay the case, and counsel for the District has had to attend to other pressing matters, which will continue through the end of the summer.  Accordingly, additional time is needed to complete fact discovery before the current deadline of August 31.  This is either Party's first request for a modification of the Scheduling Order.  Because Plaintiff consents, an extension would not prejudice him.

Pursuant to LCvR 7(a), this motion includes all supporting points of law and authority.  A

proposed order is attached, as required by LCvR 7(c).[1]

Date: July 24, 2026.                                                  Respectfully submitted,

                                                                     BRIAN L. SCHWALB
                                                                     Attorney General for the District of Columbia

                                                                     CHAD COPELAND
                                                                     Deputy Attorney General
                                                                     Civil Litigation Division

                                                                     */s/ Matthew R. Blecher*
                                                                     MATTHEW R. BLECHER [1012957]
                                                                     Chief, Civil Litigation Division, Equity Section

                                                                     */s/ Honey Morton*
                                                                     HONEY MORTON [1019878]
                                                                     Assistant Chief, Equity Section

                                                                     */s/ Adam J. Tuetken*
                                                                     ADAM J. TUETKEN [242215]
                                                                     Special Counsel for Firearm Safety
                                                                     RICHARD P. SOBIECKI [500163]
                                                                     MATEYA B. KELLEY [888219451]
                                                                     HELEN M. RAVE [90003876]
                                                                     Assistant Attorneys General
                                                                     Civil Litigation Division
                                                                     400 6th Street, NW
                                                                     Washington, D.C. 20001
                                                                     (202) 735-7474
                                                                     adam.tuetken@dc.gov

                                                                     *Counsel for Defendants*

---

[1]     The District has pending before the Court a Motion to Stay the Case [48].  If the Court is prepared to grant the stay motion, it can deny this extension motion as moot at the same time.  If the Court is not prepared to grant the stay motion soon, the District respectfully requests that the Court grant this extension motion in the interim because an extension of discovery deadlines is still presently needed as the Parties must continue with discovery unless and until the Court issues a stay.