**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **TYLER YZAGUIRRE,** | |
| **Plaintiff,** | |
| **v.** | **No. 1:22-cv-02256-RC** |
| **DISTRICT OF COLUMBIA,** | |
| **Defendant.** | |

## ORDER

Upon consideration of Defendant's Consent Motion to Modify the Scheduling Order, Plaintiff's consent, and the entire record, it is:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the following schedule shall govern proceedings in this case:

1. Discovery of facts relevant to all claims, counterclaims, and defenses must conclude by October 15, 2026.

2. Plaintiff's expert disclosures and reports shall be served by November 13, 2026, and Defendant's expert disclosures and reports shall be served by January 4, 2026.

3. Discovery related to experts must conclude by March 15, 2027.

4. The Parties shall appear for a status conference before the Court on _____, 2027 at _____ in Courtroom 23A.

**SO ORDERED**.

Date: _____

_____
Hon. Rudolph Contreras
United States District Judge